IN THE CIRCUIT COURT IN AND FOR LEE COUNTY, FLORIDA

WHITE SAND PROPERTIES OF FORT
MYERS BEACH LLC,

                          Plaintiff,

v.

QBE INSURANCE CORPORATION,

                          Defendant.

CASE NO.

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, White Sand Properties of Fort Myers Beach LLC, by and through the undersigned attorneys, and hereby sues Defendant, QBE Insurance Corporation, and alleges:

1.      This is an action for damages in excess of $50,000.00.

2.      At all times material hereto, Plaintiff was and is a resident of the county of this court and otherwise *sui juris*.

3.      At all times material hereto, Defendant was an insurer authorized by the Florida Department of Financial Services to do business and issue policies in the county of this court.

4.      Jurisdiction and venue of this matter are proper in the Circuit Court for Lee County, Florida.

5.      At all times material hereto, in consideration of premiums paid by Plaintiff, there was in full force and effect certain insurance policy being Policy numberOUA10098792-01 (hereinafter, the "Policy"). A copy of the Policy is attached hereto and incorporated herein by reference as **"Exhibit A."**

6.      Under the terms of the Policy, Defendant insured Plaintiff against certain losses for the property located at 60/64 Avenue C, Fort Myers Beach, FL 33931 (hereinafter, the "Property").

7.    On or about September 28, 2022, the Property sustained direct physical damage believed to be a result of Hurricane Ian (hereinafter, the "Loss").

8.    The Policy was in full force and effect on the date of the Loss.

9.    Defendant assigned claim number 873841N to the Loss.

10.    Defendant was given access to the Property to inspect the damages associated with the Loss.

11.    Defendant has failed to issue any payments for damages to the Property.

## COUNT I – BREACH OF CONTRACT

12.    Plaintiff realleges and reincorporates paragraphs 1-11 as if fully stated herein, and further alleges as follows:

13.    The Plaintiff provided Defendant with timely notice of the Loss.

14.    Prior to the initiation of this lawsuit, Defendant has denied coverage under the Policy for the Loss and has refused or otherwise failed to issue any payment to the Plaintiff consistent with the same.

15.    The Plaintiff has complied with all obligations and conditions precedent to this lawsuit which would entitle the Plaintiff to recover benefits under the Policy, or such conditions have been waived.

16.    The Defendant has failed to provide complete coverage for the physical damages that occurred during the policy period.

17.    This failure is contrary to the terms of the Policy and constitutes a breach of the Policy.

18.    Despite Plaintiff's demand for payment, Defendant has failed to fulfill its obligation to properly adjust and pay the claim associated with and arising from the damages caused by the Loss.

19.    The Plaintiff has been damaged by this breach in the form of unpaid insurance proceeds for the Loss.

20.     As a direct and proximate result of Defendant's breach of contract, the Plaintiff has been required to retain the services of the undersigned attorneys, and the Plaintiff has become obligated to pay its counsel a reasonable fee for their services in bringing this action, along with necessary costs incurred.

21.     All conditions precedent to the filing of this action have been met or have been waived.

22.     In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorneys' fees and costs pursuant to sections 627.428, 626.9373, 57.041, and/or 57.105, Florida Statutes.

WHEREFORE, Plaintiff demands judgment against Defendant for damages, including but not limited to damages owed under the contract, interest, attorneys' fees and costs, statutory interest pursuant to section 627.70131, Fla. Stat., and the Plaintiff demands trial by jury of all issues so triable.

**PLAINTIFF DEMANDS A TRIAL BY JURY OF ALL ISSUES TRIABLE AS A MATTER OF RIGHT BY A JURY.**

Respectfully submitted,

**KATRANIS, WALD & GARNER, PLLC**
501 E Las Olas Blvd., Suite 200/300
Fort Lauderdale, Florida 33301
Tel.: (754) 231-8107
E-Service Email: service@kwglegal.com
Primary Email: chad@kwglegal.com
Secondary Email: Stefano@kwglegal.com

By: /s/ Chad Weatherstone
        Stefano Mittone, Esq.
        Florida Bar No.: 118344
        Chad Weatherstone, Esq.
        Florida Bar No.: 110106

Exhibit A

Prepared for:

# White Sand Properties of Ft Myers Beach LLC

60 Avenue C, Fort Myers Beach, FL, 33931, Lee

Access Insurance Underwriter, LLC
2850 N. Andrews Avenue
Fort Lauderdale, Fl 33311

844- 755-0440

| | |
|---|---|
| Policy # | OUA10098792-01 |
| Version # | 1 |
| Effective Date | 04/20/2022 - 04/20/2023 |

**Prepared on:** 03/02/2022

Insurance Company



QBE Specialty
Insurance Company
A Rated AM Best



## POLICY FACE

**THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.**

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

**THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

***If your policy provides coverage for wind damage:***

**THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

Orchid Underwriters Agency, LLC
License # L065495

Ronald Terzer
AUTHORIZED REPRESENTATIVE
SL License #: W267873



# WHAT TO DO IN THE EVENT OF A CLAIM

In the event you experience a loss to your home and/or personal property and need to report a claim, please follow these instructions:

1.  Promptly report it by phone or email to:

    Phone:              844-723-2524
    Email Address:      orchid-claims@us.qbe.com

2.  Keep all copies of invoices and paperwork related to the event.  Make sure the copies are legible and detailed.

3.  Take an inventory of all damages, room by room. Be sure to include detailed descriptions of any and all items, their age, place of purchase and replacement cost.

**Claims may be reported 7 days a week, 24 hours a day.**

# SPECIAL NOTICE

**LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS THE NEED TO PURCHASE LAW AND ORDINANCE COVERAGE WITH YOUR INSURANCE AGENT.**

**FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.**

**INFLATION GUARD: THE PROPERTY COVERAGE LIMIT OF YOUR POLICY IS INCREASED DUE TO AN INFLATION FACTOR OF 5%. PLEASE SEE ENDORSEMENT HO-2005 AND DISCUSS WITH YOUR AGENT IF YOU HAVE QUESTIONS.**

INTERLINE
IL-FL-N-0001 (2021-06)

# NOTICE OF CHANGE IN POLICY TERMS
## WATER DAMAGE SUBLIMIT APPLIED

**NOTICE:** No coverage is provided by this notice; it cannot be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL.**

THIS POLICY NOW CONTAINS A LIMITATION ON WATER DAMAGE. PLEASE REFER TO THE SCHEDULE ON THE WATER DAMAGE LIMITATION ENDORSEMENT FOR YOUR EXACT LIMIT.

A Water Damage Limit of Liability has been applied to your renewal offer. This may lessen the total amount paid to you in the event of a claim. Higher and lower limits may be available to you for an increase or reduction in premium, respectively. Please read you policy carefully and discuss your insurance needs with your agent.

IL-FL-N-0001
(2021-06)

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Page 1 of 1

**INTERLINE**
**IL-FL-N-0003 (2021-06)**

# POLICYHOLDER NOTICE
## WATER DAMAGE SUBLIMIT APPLIES

**NOTICE:** No coverage is provided by this notice; it cannot be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL.**

THIS POLICY CONTAINS A LIMITATION ON WATER DAMAGE. PLEASE REFER TO THE SCHEDULE ON THE WATER DAMAGE LIMITATION ENDORSEMENT FOR YOUR EXACT LIMIT.

A Water Damage Limit of Liability applies to your Policy. This may lessen the total amount paid to you in the event of a claim. Higher and lower limits may be available to you for an increase or reduction in premium, respectively. Please read you policy carefully and discuss your insurance needs with your agent.

**QBE® Specialty Insurance Company**
A Stock Company



# Personal Lines Policy

---

**Home Office:**

c/o CT Corporation
314 East Thayer Avenue
Bismarck, North Dakota 58501

**Administrative Office:**

One QBE Way
Sun Prairie, Wisconsin 53596
1-800-362-5448

QBE and the links logo are registered service marks of QBE Insurance Group Limited.

**This policy consists of:**       Declarations
One or more coverage parts.
A coverage part consists of:
— One or more coverage forms
— Applicable forms and endorsements

**QBE Specialty Insurance Company**

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Todd Jones                        Mark Pasko
President                        Secretary



# Notice to Policyholders
# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

**NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED.**

**THIS NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE COVERAGE DUE TO DIRECTIVES ISSUED BY OFAC.**

### PLEASE READ THIS NOTICE CAREFULLY

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- ➢ Foreign agents;
- ➢ Front organizations;
- ➢ Terrorists;
- ➢ Terrorist organizations; and
- ➢ Narcotics traffickers;

As "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**QBGS-103 (07-04)**

**THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF CERTIFICATE PROVISIONS**

**Expiring Policy #:**                          **Policy Number:** OUA10098792-01

**AUTHORITY REF:**

| 1. **NAME AND ADDRESS OF THE INSURED:** | **INSURED LOCATION/RESIDENCE PREMISES:** |
|---|---|
| White Sand Properties of Ft Myers Beach LLC<br>5293 Business US 51<br>Clinton, IL, 61727 | 60 Avenue C,<br>Fort Myers Beach, FL, 33931 |

**2.  POLICY PERIOD:**          **EFFECTIVE FROM** 04/20/2022     **TO**   04/20/2023

  **BOTH DAYS AT 12:01A.M. LOCAL STANDARD TIME**

**3.  COVERAGES–INSURANCE IS EFFECTIVE WITH:   QBE Specialty Insurance Company**

| Limits: | Coverage A | Dwelling | $ | 500,000.00 |
|---|---|---|---|---|
| | Coverage B | Other Structures | $ | 0 |
| | Coverage C | Personal Property | $ | 0 |
| | Coverage D | Fair Rental Value | $ | 0 |
| | Coverage L | Personal Liability | $ | 500,000.00 |
| | Coverage M | Medical Payments | $ | NoMedPay |
| | | Loss Assessment | $ | Nocoverage |
| Deductibles: | | All Other Perils | $ | 10,000 |
| | | Named Storm | | 15% |

**\*25%Minimum Earned Premium Applies**

**4.  PREMIUMS AND OTHER CHARGES:**

| | | |
|---|---|---|
| Base Premium | $8,825.00 | |
| Policy Fee | $100.00 | |
| Inspection Fee | $250.00 | |
| State Tax | $453.25 | **THIS POLICY EXCLUDES FLOOD COVERAGE** |
| Stamping Fee | $5.51 | |
| EMPA Fee | $2.00 | |
| TOTAL | **$9,635.76** | |

**5.  COVERAGE FORMS:**        *See Schedule of Forms & Endorsements Attached*

**THE TERMS, CONDITIONS, LIMITATIONS AND EXCLUSIONS TO COVERAGE ARE DETERMINED BY THE CONTRACT OF INSURANCE SUPPLIED WITH THIS DECLARATION.**

**6.  SERVICE OF SUIT MAY BE MADE UPON:**        SEE POLICY FORM

**7.  MORTGAGEE(S)**

**8.  ADDITIONAL INTEREST(S)**

**9.  ADDITIONAL INSURED(S)**
  Lyle Kline, 371 Palermo, Fort Myers Beach, FL, 33931
  Jesse Schmid,
  3210 Estero Blvd., ,

| 10. IN THE EVENT OF A CLAIM - PLEASE NOTIFY THE FOLLOWING AGENT | **PRODUCING AGENT** |
|---|---|
| Access Insurance Underwriter, LLC<br>2850 N. Andrews AvenueFort LauderdaleFL33311<br>844- 755-0440 | Phillip M Wardell<br><br>**PRODUCER LICENSE #:**A277649 |

**THIS DECLARATION PAGE WITH POLICY PROVISIONS  AND ENDORSEMENTS, IFANY, ISSUED TO FORM A PART, THERE OF, COMPLETES THE ABOVE NUMBERED POLICY.**

| **SURPLUS LINES AGENT:** | **DATE ISSUED:**03/02/2022 |
|---|---|
| Orchid Underwriters Agency LLC<br>1201 19th Place Suite A110, Vero Beach Fl 32960<br>License: | **AUTHORIZED REPRESENTATIVE:**<br>Ronald Terzer |

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following policy forms and endorsements are attached and apply to this policy:

<u>Form Number</u>  <u>Form Name</u>

FACEPAGE - Policy Face Page
OU CLM QBE 11 2021 - What To Do In The Event Of A Claim
HO-4001 (10-20) - Special Notice
IL-FL-N-0001 (2021-06) - Notice of Change in Policy Terms - Water Damage Sublimit Applied
IL-FL-N-0003 (2021-06) - Policyholder Notice - Water Damage Sublimit Applies
QBESP PL JACKET (03-20) - Personal Lines Policy Jacket
QBGS-103 (07-04) - Notice to Policyholders U.S. Treasury Departments Office of Foreign Assets Control
DECPAGE – Policy Declarations Page
SCHEDFORMS – Schedule of Forms and Endorsements
DP 00 03 07 14 - Dwelling Property 3 - Special Form
DP 04 41 12 02 - Additional Insured
DP 04 41 12 02 - Additional Insured
QSNDP0140217 - Special Provisions - Florida
QSNDP0440217 - Special Provisions - Florida
DL 01 09 09 15 - Special Provisions - Florida
QSNDPFL0090314 - Special Provisions - Florida
QSNDPW0041213 - Windstorm Percentage Deductible
QSNDP0141114 - Screen Enclosures - Dwelling Program Special Limit of Liability for Windstorm
QSN0131214 - Home Systems Protection
DP-2002 (02-21) - Water Damage Limitation
QSNDP0051213 - Personal Liability
QSNDP0060318 – Personal Liability – Premises Only
QSNDP0090318 – Rental Endorsement - Personal Liability
QSNDP0061213 - Personal Property Replacement Cost Loss Settlement
HO-2005 (10-20) - Inflation Guard
QSNDP0071213 - Wind Driven Rain Endorsement
DP 04 61 08 04 - Windstorm Exterior Paint Or Waterproofing Exclusion -Seacoast - Florida
QSNDPW0330117 - Additional Dwelling Property Exclusions
QSNDP0340117 - Additional Dwelling Liability Exclusions
QSNED092017 – Existing Damage Exclusion Endorsement
DL 24 02 12 02 - Personal Liability Additional Policy Conditions
QSN0170114 - 25% Minimum Earned Premium Endorsement
UND 24 56 11 20 – Notice of QBE Privacy Policies and Practices
IL-2002 (07-21) - Service of Process Endorsement

DWELLING PROPERTY
DP 00 03 07 14

# DWELLING PROPERTY 3 – SPECIAL FORM

## AGREEMENT

We will provide the insurance described in this Policy in return for the premium and compliance with all applicable provisions of this Policy.

## DEFINITIONS

In this Policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the company providing this insurance.

## COVERAGES

This insurance applies to the Described Location, Coverages for which a limit of liability is shown and Perils Insured Against for which a premium is stated.

### A. Coverage A – Dwelling

**1.** We cover:

   **a.** The dwelling on the Described Location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling;

   **b.** Materials and supplies located on or next to the Described Location used to construct, alter or repair the dwelling or other structures on the Described Location; and

   **c.** If not otherwise covered in this Policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

**2.** We do not cover land, including land on which the dwelling is located.

### B. Coverage B – Other Structures

**1.** We cover other structures on the Described Location, set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

**2.** We do not cover:

   **a.** Land, including land on which the other structures are located;

   **b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

   **c.** Other structures used in whole or in part for commercial, manufacturing or farming purposes. However, we do cover a structure that contains commercial, manufacturing or farming property solely owned by you or a tenant of the dwelling, provided that such property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure; or

   **d.** Gravemarkers, including mausoleums.

### C. Coverage C – Personal Property

**1. Covered Property**

We cover personal property, usual to the occupancy as a dwelling and owned or used by you or members of your family residing with you while it is on the Described Location. After a loss and at your request, we will cover personal property owned by a guest or servant while the property is on the Described Location.

**2. Property Not Covered**

We do not cover:

   **a.** Accounts, bank notes, bills, bullion, coins, currency, deeds, evidences of debt, gold other than goldware, letters of credit, manuscripts, medals, money, notes other than bank notes, passports, personal records, platinum other than platinumware, securities, silver other than silverware, tickets, stamps, scrip, stored value cards and smart cards;

   **b.** Animals, birds or fish;

   **c.** Aircraft, meaning any contrivance used or designed for flight, including any parts whether or not attached to the aircraft.

   We do cover model or hobby aircraft not used or designed to carry people or cargo;

   **d.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

   **e.** Motor vehicles or all other motorized land conveyances.

© Insurance Services Office, Inc., 2013

This includes their equipment and parts while such property is in or upon the vehicle or conveyance.

However, this Paragraph **2.e.** does not apply to:

**(1)** Portable electronic equipment that:

  **(a)** Reproduces, receives or transmits audio, visual or data signals; and

  **(b)** Is designed so that it may be operated from a power source other than the electrical system of motor vehicles and all other motorized land conveyances.

**(2)** Motor vehicles or other motorized land conveyances not required to be registered for use on public roads or property which are:

  **(a)** Used solely to service a residence; or

  **(b)** Designed to assist the handicapped;

**f.** Watercraft of all types, other than rowboats and canoes;

**g.** Data, including data stored in:

**(1)** Books of account, drawings or other paper records; or

**(2)** Computers and related equipment.

We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market;

**h.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds;

**i.** Water or steam; or

**j.** Gravemarkers, including mausoleums.

**3. Property Removed To A Newly Acquired Principal Residence**

If you remove personal property from the Described Location to a newly acquired principal residence, the Coverage **C** limit of liability will apply at each residence for the 30 days immediately after you begin to move the property there. This time period will not extend beyond the termination of this Policy. Our liability is limited to the proportion of the limit of liability that the value at each residence bears to the total value of all personal property covered by this Policy.

**D. Coverage D – Fair Rental Value**

**1.** If a loss to property described in Coverage **A, B** or **C** by a Peril Insured Against under this Policy makes that part of the Described Location rented to others or held for rental by you unfit for its normal use, we cover the fair rental value of that part of the Described Location rented to others or held for rental by you less any expenses that do not continue while that part of the Described Location rented or held for rental is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the Described Location rented or held for rental.

**2.** If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this Policy, we cover the Fair Rental Value loss for no more than two weeks.

**3.** The periods of time referenced above are not limited by the expiration of this Policy.

**4.** We do not cover loss or expense due to cancellation of a lease or agreement.

**E. Coverage E – Additional Living Expense**

**1.** If a loss to property described in Coverage **A, B** or **C** by a Peril Insured Against under this Policy makes the Described Location unfit for its normal use, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the Described Location or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2.** If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this Policy, we cover the Additional Living Expense loss for no more than two weeks.

**3.** The periods of time referenced above are not limited by the expiration of this Policy.

**4.** We do not cover loss or expense due to cancellation of a lease or agreement.

**F. Other Coverages**

**1. Other Structures**

You may use up to 10% of the Coverage **A** limit of liability for loss by a Peril Insured Against to other structures described in Coverage **B.**

© Insurance Services Office, Inc., 2013

This coverage is additional insurance.

**2. Debris Removal**

We will pay your reasonable expense for the removal of:

**a.** Debris of covered property if a Peril Insured Against causes the loss; or

**b.** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property.

**3. Improvements, Alterations And Additions**

If you are a tenant of the Described Location, you may use up to 10% of the Coverage **C** limit of liability for loss by a Peril Insured Against to improvements, alterations and additions, made or acquired at your expense, to that part of the Described Location used only by you.

This coverage is additional insurance.

**4. World-wide Coverage**

You may use up to 10% of the Coverage **C** limit of liability for loss by a Peril Insured Against to property covered under Coverage **C**, except rowboats and canoes, while anywhere in the world.

Use of this coverage reduces the Coverage **C** limit of liability for the same loss.

**5. Rental Value And Additional Living Expense**

You may use up to 20% of the Coverage **A** limit of liability for loss of both fair rental value as described in Coverage **D** and additional living expense as described in Coverage **E**.

This coverage is additional insurance.

**6. Reasonable Repairs**

**a.** In the event that covered property is damaged by a Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage.

**b.** If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this Policy and the damage to that property is caused by a Peril Insured Against. This coverage does not:

**(1)** Increase the limit of liability that applies to the covered property; or

**(2)** Relieve you of your duties, in case of a loss to covered property, as set forth in Condition **D.2.**

**7. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**8. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns on the Described Location for loss caused by the following Perils Insured Against:

**a.** Fire Or Lightning;

**b.** Explosion;

**c.** Riot Or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by you or a resident of the Described Location; or

**f.** Vandalism Or Malicious Mischief, including damage during a burglary or attempted burglary, but not theft of property.

The limit of liability for this coverage will not be more than 5% of the Coverage **A** limit of liability, or more than $500 for any one tree, shrub or plant. We do not cover property grown for commercial purposes.

This coverage is additional insurance.

**9. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**10. Collapse**

**a.** The coverage provided under this Other Coverage – Collapse applies only to an abrupt collapse.

**b.** For the purpose of this Other Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**c.** This Other Coverage – Collapse does not apply to:

**(1)** A building or any part of a building that is in danger of falling down or caving in;

**(2)** A part of a building that is standing, even if it has separated from another part of the building; or

**(3)** A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**d.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if such collapse was caused by one or more of the following:

**(1)** The Perils Insured Against named under Coverage **C;**

**(2)** Decay, of a building or any part of a building, that is hidden from view, unless the presence of such decay is known to you prior to collapse;

**(3)** Insect or vermin damage, to a building or any part of a building, that is hidden from view, unless the presence of such damage is known to you prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**e.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **d.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**f.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**11. Glass Or Safety Glazing Material**

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

**(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

**(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the Described Location if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided for in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**12. Ordinance Or Law**

**a.** The Ordinance Or Law limit of liability determined in **b.** or **c.** below will apply with respect to the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

 © Insurance Services Office, Inc., 2013

**b.** If you are an owner of a Described Location and that location:

**(1)** Is insured for Coverage **A** or Unit-owners Building Items, you may use up to 10% of the limit of liability that applies to Coverage **A** or Unit-owners Building Items at each Described Location; or

**(2)** Is not insured for Coverage **A** or Unit-owners Building Items, you may use up to 10% of the total limit of liability that applies to Coverage **B** at each Described Location.

**c.** If you are a tenant of a Described Location, you may use up to 10% of the limit of liability that applies to Improvements, Alterations And Additions at each Described Location. Also, the words "covered building" used throughout this Other Coverage **12.** Ordinance Or Law refer to property at such a Described Location covered under Other Coverage **3.** Improvements, Alterations And Additions.

**d.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**e.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**PERILS INSURED AGAINST**

**A. Coverage A – Dwelling And Coverage B – Other Structures**

**1.** We insure against direct physical loss to property described in Coverages **A** and **B**.

**2.** We do not insure, however, for loss:

**a.** Excluded under General Exclusions;

**b.** Involving collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above;

except as provided in Other Coverage **10.** Collapse; or

**c.** Caused by:

**(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

**(a)** Maintain heat in the building; or

**(b)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

**(a)** Fence, pavement, patio or swimming pool;

**(b)** Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building or other structure;

**(c)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(d)** Pier, wharf or dock;

**(3)** Theft of property not part of a covered building or structure;

**(4)** Theft in or to a dwelling or structure under construction;

**(5)** Wind, hail, ice, snow or sleet to:

    **(a)** Outdoor radio and television antennas and aerials, including their lead-in wiring, masts or towers; or

    **(b)** Trees, shrubs, plants or lawns;

**(6)** Vandalism and malicious mischief, theft or attempted theft, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, theft or attempted theft, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**(7)** Constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**(8)** Any of the following:

    **(a)** Wear and tear, marring, deterioration;

    **(b)** Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

    **(c)** Smog, rust or other corrosion, mold, wet or dry rot;

    **(d)** Smoke from agricultural smudging or industrial operations;

    **(e)** Discharge, dispersal, seepage, migration release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage **C.**

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

    **(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings; or

    **(g)** Birds, rodents, insects or domestic animals; or

    **(h)** Nesting or infestation, or discharge or release of waste products or secretions, by any animals.

**Exception To c.(8)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A** or **B** resulting from an accidental discharge or overflow of water or steam from within a:

    **(i)** Storm drain, or water, steam or sewer pipe, off the Described Location; or

    **(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the Described Location. This includes the cost to tear out and replace any part of a building, or other structure, on the Described Location, but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the Described Location.

We do not cover loss to the system or appliance from which this water or steam escaped.

For the purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or roof drain, gutter, downspout or similar fixtures or equipment.

General Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of ground do not apply to loss by water covered under **c.(8)** above.

 © Insurance Services Office, Inc., 2013

Under **2.b.** and **c.** above, any ensuing loss to property described in Coverages **A** and **B** not excluded or excepted in this Policy is covered.

## B. Coverage C – Personal Property

We insure for direct physical loss to the property described in Coverage **C** caused by a peril listed below unless the loss is excluded in the General Exclusions.

### 1. Fire Or Lightning

### 2. Windstorm Or Hail

This peril does not include loss to:

**a.** Property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening;

**b.** The following property when outside of the building:

**(1)** Canoes and rowboats; or

**(2)** Trees, shrubs, plants or lawns.

### 3. Explosion

### 4. Riot Or Civil Commotion

### 5. Aircraft

This peril includes self-propelled missiles and spacecraft.

### 6. Vehicles

### 7. Smoke

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

### 8. Vandalism Or Malicious Mischief

This peril does not include loss by pilferage, theft, burglary or larceny.

### 9. Damage By Burglars

**a.** This peril means damage to covered property caused by burglars.

**b.** This peril does not include:

**(1)** Theft of property; or

**(2)** Damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 60 consecutive days immediately before the damage occurs. A dwelling being constructed is not considered vacant.

### 10. Falling Objects

This peril does not include loss to property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not covered.

### 11. Weight Of Ice, Snow Or Sleet

This peril means weight of ice, snow or sleet which causes damage to property contained in the building.

### 12. Accidental Discharge Or Overflow Of Water Or Steam

**a.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

**b.** This peril does not include loss:

**(1)** To the system or appliance from which the water or steam escaped;

**(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing; or

**(3)** On the Described Location caused by accidental discharge or overflow which occurs off the Described Location.

**c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment; or a roof drain, gutter, downspout or similar fixtures or equipment.

**d.** General Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

### 13. Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing except as provided in the peril of freezing below.

### 14. Freezing

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment; or a roof drain, gutter, downspout or similar fixtures or equipment.

**15. Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that is a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**16. Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

## GENERAL EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**1. Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided under Other Coverage **12. Ordinance Or Law;**

**b.** The requirements of which result in a loss in value to property; or

**c.** Requiring you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

**2. Earth Movement**

Earth Movement means:

**a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

**b.** Landslide, mudslide or mudflow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement including earth sinking, rising or shifting.

This Exclusion **A.2.** applies regardless of whether any of the above, in **A.2.a.** through **A.2.d.,** is caused by an act of nature or is otherwise caused.

However, direct loss by fire or explosion resulting from any of the above, in **A.2.a.** through **A.2.d.,** is covered.

**3. Water**

This means:

**a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water or spray from any of these, all whether or not driven by wind, including storm surge;

**b.** Water which:

**(1)** Backs up through sewers or drains; or

**(2)** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

**c.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

**d.** Waterborne material carried or otherwise moved by any of the water referred to in **A.3.a.** through **A.3.c.** of this exclusion.

This Exclusion **A.3.** applies regardless of whether any of the above, in **A.3.a.** through **A.3.d.,** is caused by an act of nature or is otherwise caused.

This Exclusion **A.3.** applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire or explosion resulting from any of the above, in **A.3.a.** through **A.3.d.,** is covered.

**4. Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the Described Location. But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the Described Location, we will pay for the loss caused by that Peril Insured Against.

**5. Neglect**

Neglect means your neglect to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel;

**c.** Destruction or seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in the Nuclear Hazard Clause of the Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act you or any person or organization named as an additional insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, neither you nor any such person or organization is entitled to coverage, even those who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A**, **B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this Policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this Policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the Described Location.

## CONDITIONS

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** For an amount greater than the interest of a person insured under this Policy at the time of loss; or

**2.** For more than the applicable limit of liability.

**B. Deductible**

Unless otherwise noted in this Policy, the following deductible provision applies:

With respect to any one loss:

**1.** Subject to the applicable limit of liability, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

**2.** If two or more deductibles under this Policy apply to the loss, only the highest deductible amount will apply.

**C. Concealment Or Fraud**

We provide coverage to no persons insured under this Policy if, whether before or after a loss, one or more persons insured under this Policy have:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

© Insurance Services Office, Inc., 2013

**D. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this Policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you or your representative:

**1.** Give prompt notice to us or our agent;

**2.** Protect the property from further damage. If repairs to the property are required, you must:

   **a.** Make reasonable and necessary repairs to protect the property; and

   **b.** Keep an accurate record of repair expenses;

**3.** Cooperate with us in the investigation of a claim;

**4.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**5.** As often as we reasonably require:

   **a.** Show the damaged property;

   **b.** Provide us with records and documents we request and permit us to make copies; and

   **c.** Submit to examination under oath, while not in the presence of another named insured, and sign the same;

**6.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth to the best of your knowledge and belief:

   **a.** The time and cause of loss;

   **b.** Your interest and that of all others in the property involved and all liens on the property;

   **c.** Other insurance which may cover the loss;

   **d.** Changes in title or occupancy of the property during the term of the Policy;

   **e.** Specifications of damaged buildings and detailed repair estimates;

   **f.** The inventory of damaged personal property described in **D.4.**; and

   **g.** Receipts for additional living expenses incurred and records that support the fair rental value loss.

**E. Loss Settlement**

In this Condition **E.**, the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law except to the extent that coverage for these increased costs is provided in Other Coverages **F.12.** Ordinance Or Law. Covered property losses are settled as follows:

**1.** Property of the following types:

   **a.** Personal property;

   **b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

   **c.** Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

   **a.** If, at the time of loss, the amount of insurance in this Policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, without deduction for depreciation, but not more than the least of the following amounts:

     **(1)** The limit of liability under this Policy that applies to the building;

     **(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

     **(3)** The necessary amount actually spent to repair or replace the damaged building.

     If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

   **b.** If, at the time of loss, the amount of insurance in this Policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this Policy that applies to the building:

     **(1)** The actual cash value of that part of the building damaged; or

**(2)** That proportion of the cost to repair or replace, without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this Policy on the damaged building bears to 80% of the replacement cost of the building.

**c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

**(1)** Excavations, footings, foundations, piers or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

**(2)** Those supports in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the amount of insurance in this Policy on the building; and

**(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this Policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **E.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

**F. Loss To A Pair Or Set**

In case of loss to a pair or set, we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**G. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**H. Other Insurance And Service Agreement**

If property covered by this Policy is also covered by:

**1.** Other fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this Policy that the limit of liability applying under this Policy bears to the total amount of fire insurance covering the property; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**I. Subrogation**

You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

**J. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under this Policy and the action is started within two years after the date of loss.

**K. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**L. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the Policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.** Reach an agreement with you;

**2.** There is an entry of a final judgment; or

**3.** There is a filing of an appraisal award with us.

**M. Abandonment Of Property**

We need not accept any property abandoned by you.

**N. Mortgage Clause**

**1.** If a mortgagee is named in this Policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** Pays any premium due under this Policy on demand if you have neglected to pay the premium; and

**c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to:

**(1)** Appraisal;

**(2)** Suit Against Us; and

**(3)** Loss Payment;

also apply to the mortgagee.

**3.** If we decide to cancel or not to renew this Policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**4.** If we pay the mortgagee for any loss and deny payment to you:

**a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**5.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**O. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this Policy.

**P. Cancellation**

**1.** You may cancel this Policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.** We may cancel this Policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

**a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**b.** When this Policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

**c.** When this Policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

**(1)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the Policy; or

**(2)** If the risk has changed substantially since the Policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**d.** When this Policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**3.** When this Policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this Policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**Q. Nonrenewal**

We may elect not to renew this Policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this Policy. Proof of mailing will be sufficient proof of notice.

**R. Liberalization Clause**

If we make a change which broadens coverage under this edition of our Policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

**1.** A subsequent edition of this Policy; or

**2.** An amendatory endorsement.

**S. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this Policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**T. Assignment**

Assignment of this Policy will not be valid unless we give our written consent.

**U. Death**

If you die, we insure:

**1.** Your legal representatives but only with respect to the property of the deceased covered under the Policy at the time of death;

**2.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**V. Nuclear Hazard Clause**

**1.** "Nuclear hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**2.** Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**3.** This Policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**W. Recovered Property**

If you or we recover any property for which we have made payment under this Policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**X. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

**Y. Loss Payable Clause**

If the Declarations shows a loss payee for certain listed insured personal property, that person is considered an insured in this Policy with respect to that property.

If we decide to cancel or not renew this Policy, that loss payee will be notified in writing.

**Z. Policy Period**

This Policy applies only to loss which occurs during the policy period.

 © Insurance Services Office, Inc., 2013

POLICY NUMBER:OUA10098792-01

**DWELLING**
**DP 04 41 12 02**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED
### DESCRIBED LOCATION

#### SCHEDULE*

Name And Address Of Person Or Organization:

Jesse Schmid
3210 Estero Blvd.

,


Interest: Additional Insured

Relationship Type:
LLC, Inc

Described Location
(Number, Street, Apartment, Town or City, County, State, ZIP Code)

**\*** Entries may be left blank if shown elsewhere in this policy for this coverage.

The person or organization named in the Schedule above is considered an insured in this policy with respect to Coverage **A** – Dwelling and Coverage **B** – Other Structures at the Described Location listed above.

If we decide to cancel or not to renew this policy, the party named in the Schedule will be notified in writing.

All other provisions of this policy apply.

POLICY NUMBER:OUA10098792-01

**DWELLING**
**DP 04 41 12 02**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED

### DESCRIBED LOCATION

**SCHEDULE***

| |
|---|
| Name And Address Of Person Or Organization: |
| Jesse Schmid |
| 3210 Estero Blvd. |
| , |
| Interest: Additional Insured |
| Relationship Type: |
| LLC, Inc |
| Described Location |
| (Number, Street, Apartment, Town or City, County, State, ZIP Code) |

* Entries may be left blank if shown elsewhere in this policy for this coverage.

The person or organization named in the Schedule above is considered an insured in this policy with respect to Coverage **A** – Dwelling and Coverage **B** – Other Structures at the Described Location listed above.

If we decide to cancel or not to renew this policy, the party named in the Schedule will be notified in writing.

All other provisions of this policy apply.

**DWELLING PROPERTY**
**QSNDP0140217**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS – FLORIDA

**DEFINITIONS**

The following definitions are added:

**"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**"Hurricane Occurrence"**

A "hurricane occurrence" means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service, with a duration that:

  **a.** Begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;

  **b.** Continues for the time period during which the hurricane conditions exist anywhere in Florida; and

  **c.** Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

**"Catastrophic Ground Cover Collapse"**

"Catastrophic ground cover collapse" means geological activity that results in all of the following:

  **a.** The abrupt collapse of the ground cover;

  **b.** A depression in the ground cover clearly visible to the naked eye;

  **c.** "Structural damage" of the "principal building" insured under this Policy, including the foundation; and

  **d.** The "principal building" being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that "principal building".

"Catastrophic ground cover collapse" coverage does not apply to Coverage **B** Other Structures.

**"Principal Building"**

In Form **DP 00 03:**

"Principal building" means the dwelling where you reside on the Described Location shown in the Declarations, including structures attached to the dwelling. "Principal building" does not include any other buildings or structures at that location.

In Form **DP 00 03** with **DP 04 07:**

"Principal building" means the unit where you reside shown as the Described Location in the Declarations. "Principal building" does not include any other buildings or structures at that location.

**"Structural Damage"**

"Structural damage" means a "principal building", regardless of the date of its construction, has experienced the following:

  **a.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement-related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

  **b.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement-related damage to the "primary structural members" or "primary structural systems" that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose or location;

  **c.** Damage that results in listing, leaning or buckling of the exterior load-bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

QSNDP0140217

    **d.**  Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

    **e.**  Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

**"Primary Structural Member"**

"Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

**"Primary Structural System"**

"Primary structural system" means an assemblage of "primary structural members".

## COVERAGES

**C.  Coverage C – Personal Property, 2. Property Not Covered,** Paragraph **i.** Is replaced by the following:

**i.**  Water or steam.  We will however, cover the reasonable cost of removal and replacement of water in a swimming pool at the Described Location, when there is a covered loss or damage to the swimming pool caused by a Peril Insured Against and a covered repair to the swimming pool requires the removal of all or a portion of the water.

**F.  Other Coverages,** Paragraph **6.  Reasonable Repairs** is replaced by the following:

**6.  Reasonable Repairs**

    **a.**  We will pay up to the greater of $3,000 or 1% of the policy's Coverage A limit for reasonable costs for necessary measures taken solely to protect the covered property from additional damage due to a covered loss.

    **b.**  At our option, we may authorize a higher limit, but we will never pay more than the authorized amount.

    **c.**  Reasonable Repairs may include permanent repairs when necessary to protect the covered property from further damage or to prevent unwanted entry to the property. To the degree possible, the damaged property must be retained for our inspection.

    **d.**  This coverage does not:

    **(1)**  Increase the limit of liability that applies to the covered property;

    **(2)**  Relieve you of your **Duties After Loss** as outlined in **CONDITIONS, D.  Duties After Loss.**  Paragraph **2.**; or

    **(3)**  Pay for Reasonable Repairs to property not covered, or property damaged by perils not covered.

This coverage does not prohibit us from demanding the property be repaired in compliance with the terms of the policy or Florida statutes.

**F. Other Coverages, 10.  Collapse,** Paragraph **c.** is amended by the addition of the following:

A plumbing or septic system or any part of the system if it is collapsed, in danger of collapsing or caving in, has separated or is beginning to separate from another part of the system due to age, obsolescence, wear, tear, fading oxidization, weathering, deterioration, decay marring, delamination, corrosion,, separation, crumbling, settling, cracking, collapse, bulging, bending, leaning, shifting, sagging, bowing, shrinking, expanding, contracting, bellying, corroding, racking, or any other age or maintenance related issue.

Coverage will apply, however, if the plumbing or septic system is damaged by an abrupt collapse of a covered building or portion of a covered building.

**F.  Other Coverages, 10. Collapse,** Paragraph **d. (2)** is amended by the addition of the following:

Coverage is not provided for a plumbing or septic system or any part of a plumbing or septic system due to decay, deterioration, age or maintenance issue as described above under **F. Other Coverages, 10.  Collapse,** Paragraph **c.**

**F.  Other Coverages, 10. Collapse,** Paragraph **e.** is replaced by the following:

**e.**  Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, plumbing system, septic system,  foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **d.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

© Includes copyrighted materials of  Insurance Services Office, Inc., with its permission
QSNDP0140217

QSNDP0140217

## PERILS INSURED AGAINST

**A. Coverage A – Dwelling And Coverage B – Other Structures**, 2. b. (3) is replaced by the following:

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage, spalling, crumbling, cracking, shifting, bulging, racking, sagging, bowing, bending, leaning, expansion, contracting or any maintenance or age related condition as such condition relates to **(1)** or **(2)** above;

except as provided in **Other Coverage 10. Collapse**.

**A. Coverage A – Dwelling And Coverage B – Other Structures**, Paragraph **2.** is amended by the addition of the following:

To a plumbing or septic system, whether above or below ground for loss caused by age, obsolescence, wear, tear, fading oxidization, delamination, corrosion, separation, weathering, decay, marring, crumbling, settling, cracking, collapse, deterioration, expansion, shrinking, shifting, bulging, sagging, bowing, bending, leaning, bellying or the unavailability or discontinuation of part(s) or component(s) or other age or maintenance related issues.

We do not cover losses caused by the impairment, state or condition of the plumbing or septic system, which prohibits repair or replacement, including access necessary to connect the adjoining parts of the system, appliances or pipes.

If any of the causes of loss in the two paragraphs above cause water or steam damage from a plumbing, heating, air conditioning or automatic fire protection system or household appliance and such loss is not excluded or limited elsewhere in the policy, we will cover the loss caused by the water or steam. This includes the cost of tearing out and repairing only that part of the building or that part of the structure on the Described Location when access is necessary to repair only that portion of part of the system or appliance that caused the covered loss, whether or not the system or appliance is repairable.

**B. Coverage C – Personal Property** is amended by addition of the following:

**17. "Catastrophic Ground Cover Collapse"**.

## GENERAL EXCLUSIONS

Paragraph **A. 2. Earth Movement** is replaced by the following:

**2. Earth Movement**

Earth movement means:

**a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

**b.** Landslide, mudslide or mudflow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement, including earth sinking, rising or shifting.

This Exclusion **A.2.** applies regardless of whether any of the above, in **A.2.a.** through **A.2.d.** is caused by or resulting from human or animal forces or any act of nature.

However, direct loss by fire or explosion resulting from any of the above, in **A.2.a.** through **A.2.d.**, is covered and we will pay only for the ensuing loss.

This Exclusion **2.** does not apply to loss by "catastrophic ground cover collapse".

Paragraph **A.** is amended by the addition of the following:

**10. "Fungi", Wet Or Dry Rot, Or Bacteria**

"Fungi", wet or dry rot, or bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This exclusion does not apply:

**a.** When "fungi", wet or dry rot, or bacteria result from fire or lightning; or

**b.** To the extent coverage is provided for in **F. Other Coverages** Paragraph **13.** "Fungi", Wet Or Dry Rot, Or Bacteria Other Coverage with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

## CONDITIONS

Paragraph **C. Concealment Or Fraud** is replaced by the following:

**C. Concealment Or Fraud**

We provide coverage to no persons insured under this Policy if, whether before or after a loss, one or more persons insured under this policy have:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made material false statements;

relating to this insurance.

However, if this Policy has been in effect for more than 90 days, we may not deny a claim filed by you or an insured on the basis of credit information available in public records.

**D. Duties After Loss**, the introductory paragraph is replaced by the following:

QSNDP0140217

In case of a loss to covered property, we have no duty to provide coverage under this Policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed by you, a person insured under this Policy seeking coverage, or your representative or anyone providing you or your representative with legal assistance, legal advice, insurance advice or claims advice, regarding your claim.

**D.  Duties After Loss** Paragraph **1.** is replaced by the following:

**1.**  Give prompt notice to us or our agent, except that a claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm must be given to us in accordance with the terms of this Policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of a claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this Policy under the Suit Against Us Condition including any amendment to that condition.

**D. Duties After Loss**. paragraph **2** is replaced by the following:

**2.**  Protect the covered property from further damage. If repairs to the covered property are required, you must:

**a.**  Make reasonable and necessary repairs to protect the property.  Reasonable repairs may include permanent repairs when necessary to protect the covered property from further damage or to prevent unwanted entry to the property.

**b.**  To the extent possible, the damaged property must be retained for us to inspect.

**c.**  Keep an accurate record of repair expenses.

Except for reasonable repairs made **under F. Other Coverages, 6.        Reasonable Repairs**, there is no coverage for repairs that begin before the earliest of:

**1.**  72 hours after we are notified of the loss;

**2.**  The time the loss is inspected by us; or

**3.**  Other time approved by us.

To the extent possible, you will retain the damaged property and allow us to inspect it prior to removal from the Described Location.

**E.  Loss Settlement**

In Form **DP 00 03:**

Paragraph **2.d.** is replaced by the following:

**d.**  We will settle the loss as noted in **2.a.** of this provision. If **2.a.** is not applicable, we will settle the loss as follows:

**(1)**  We will initially pay the actual cash  value of the building damage, minus any applicable deductible;

**(2)**  We will then pay the necessary amounts actually spent to repair or replace the damaged building as work is performed and expenses are incurred; and

**(3)**  If a total loss, we will pay the replacement cost amount without deduction for depreciation.

Paragraph **G. Appraisal** is replaced by the following:

**G.  Mediation Or Appraisal**

If you and we:

**1.**  Are engaged in a dispute regarding a claim under this Policy, either party may demand a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of the mediation is binding only if both parties agree, in writing, on a settlement and you have not rescinded the settlement within three business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the total cost for that rescheduled conference. However, if we fail to appear at a mediation conference without good cause, we will pay your actual cash expenses you incur in attending the conference and also pay the total cost for the rescheduled conference.

© Includes copyrighted materials of  Insurance Services Office, Inc., with its permission
QSNDP0140217

QSNDP0140217

**2.** Fail to agree on the amount of loss, either party may request an appraisal of the loss. However, both parties must agree to the appraisal. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of the loss.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

Paragraph **J. Suit Against Us** is replaced by the following:

**J. Suit Against Us**

No action can be brought against us unless there has been full compliance with all the terms under this Policy and the action is started within five years after the date of loss.

Paragraph **L. Loss Payment** is replaced by the following:

**L. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the Policy or is legally entitled to receive payment. Loss will be payable upon the earliest of the following:

**1.** 20 days after we receive your proof of loss and reach written agreement with you;

**2.** 60 days after we receive your proof of loss and:

**a.** There is an entry of a final judgment; or

**b.** There is a filing of an appraisal award or a mediation settlement with us; or

**3.** If payment is not denied, within 90 days after we receive notice of an initial, reopened or supplemental claim. However, this provision **(L.3.)** does not apply if factors beyond our control reasonably prevent such payment.

Paragraph **P. Cancellation** is replaced by the following:

**P. Cancellation**

**1.** You may cancel this Policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.** If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the Described Location has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency, we may cancel this Policy only for the following reasons, with respect to the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the dwelling or other structure located on the Described Location, by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

**a.** When you have not paid the premium, we may cancel during this period by letting you know at least 10 days before the date cancellation takes effect.

**b.** If:

**(1)** There has been a material misstatement or fraud related to the claim;

**(2)** We determine that you have unreasonably caused a delay in the repair of the dwelling or other structure; or

**(3)** We have paid policy limits;

we may cancel during this period by letting you know at least 45 days before the date cancellation takes effect.

**c.** We shall be entitled to collect any additional premium required to keep the Policy in effect during this period.

However, this provision **(P.2.c.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

**3.** If the conditions described in Paragraph **P.2.** do not apply, we may cancel only for the following reasons:

 © Includes copyrighted materials of Insurance Services Office, Inc., with its permission

**a.** When this Policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.

**b.** We may also cancel this Policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

**(1)** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**(2)** When this Policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:

**(a)** On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(b)** On the basis of a single claim which is the result of water damage, unless we can demonstrate that the insured has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

**(c)** On the basis of the lawful use, possession or ownership of a firearm or ammunition by an insured or members of the insured's household.

Except as provided in Paragraphs **P.3.a.** and **P.3.b.(1)**, we will let you know of our action at least 20 days before the date cancellation takes effect.

**(3)** When this Policy has been in effect for more than 90 days, we may cancel:

**(a)** If there has been a material misstatement;

**(b)** If the risk has changed substantially since the Policy was issued;

**(c)** In the event of failure to comply, within 90 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

**(d)** If the cancellation is for all insureds under policies of this type for a given class of insureds;

**(e)** On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(f)** On the basis of a single claim which is the result of water damage, if we can demonstrate that the insured has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**(4)** When this Policy has been in effect for more than 90 days, we may not cancel:

**(a)** On the basis of the lawful use, possession or ownership of a firearm or ammunition by an insured or members of the insured's household; or

**(b)** On the basis of credit information available in public records.

**(5)** If any of the reasons listed in Paragraphs **P.3.b.(3)(a)–(f)** apply, we will provide written notice at least 120 days before the date cancellation takes effect.

**4.** When this Policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**5.** If the return premium is not refunded with the notice of cancellation or when this Policy is returned to us, we will refund it within 15 days after the date cancellation takes effect.

**6.** If the date of cancellation becomes effective during a "hurricane occurrence":

**a.** The date of cancellation will not become effective until the end of the "hurricane occurrence"; and

**b.** We shall be entitled to collect additional premium for the period beyond the original date of cancellation for which the Policy remains in effect.

However, this provision **(P.6.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the "hurricane occurrence".

© Includes copyrighted materials of Insurance Services Office, Inc., with its permission

QSNDP0140217

7. We may cancel this Policy after giving at least 45 days' notice if the Florida Office of Insurance Regulation determines and approves of our plan that early cancellation of some or all of our policies is necessary to protect the best interests of the policyholders due to our financial condition, lack of adequate reinsurance coverage for hurricane risk or other relevant factors.

Paragraph **Q. Nonrenewal** is replaced by the following:

## Q. Nonrenewal

1. We may elect not to renew this Policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal. Proof of mailing will be sufficient proof of notice.

   a. If a state of emergency is declared by the Governor and the Commissioner of Insurance Regulation files an Emergency Order, and the Described Location has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency, during the period beginning from the date the state of emergency is declared to the expiration of 90 days following the repairs to the dwelling or other structure located on the Described Location, we may elect not to renew this Policy only if:

      (1) You have not paid the renewal premium;

      (2) There has been a material misstatement or fraud related to the claim;

      (3) We determine that you have unreasonably caused a delay in the repair of the dwelling or other structure; or

      (4) We have paid policy limits.

      We may do so by letting you know at least 45 days before the expiration date of the Policy.

   b. We shall be entitled to collect any additional premium required to keep the Policy in effect during this period.

      However, this provision **(Q.1.b.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the extension.

c. If the conditions described in Paragraph **Q.1.a.** do not apply, we may elect not to renew this Policy by providing written notice at least 120 days before the expiration date of this Policy.

2. We will not nonrenew this Policy:

   a. On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

   b. On the basis of a single claim which is the result of water damage, unless we can demonstrate that the insured has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property;

   c. On the basis of filing of claims for loss caused by sinkhole damage, unless:

      (1) The total of such property claim payments equals or exceeds the policy limits of the Policy in effect on the date of loss for property damage to the covered building(s); or

      (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based;

   d. On the basis of the lawful use, possession or ownership of a firearm or ammunition by an insured or members of the insured's household; or

   e. On the basis of credit information available in public records.

3. If the date of nonrenewal becomes effective during a "hurricane occurrence":

   a. The expiration date of this Policy will not become effective until the end of the "hurricane occurrence"; and

   b. We shall be entitled to collect additional premium for the period the Policy remains in effect.

   However, this provision **(Q.3.)** does not apply if you have obtained replacement coverage with respect to the damaged property, and the coverage is in effect for a claim occurring during the duration of the "hurricane occurrence".

 © Includes copyrighted materials of Insurance Services Office, Inc., with its permission

**4.** We may nonrenew this Policy after giving at least 45 days' notice if the Florida Office of Insurance Regulation determines and approves of our plan that early nonrenewal of some or all of our policies is necessary to protect the best interests of the policyholders due to our financial condition, lack of adequate reinsurance coverage for hurricane risk or other relevant factors.

The following conditions are added:

**Z. Renewal Notification**

If we elect to renew this Policy, we will let you know, in writing:

**1.** Of our decision to renew this Policy; and

**2.** The amount of renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this Policy. Proof of mailing will be sufficient proof of notice.

**AA.    Notification Regarding Access**

If we require access to an insured or claimant or to the insured property that is the subject of a claim, we must provide at least 48 hours' notice to you or the claimant, or your or the claimant's public adjuster or legal representative, before scheduling a meeting with you, the insured or the claimant or prior to conducting an on-site inspection of the insured property. You or the claimant may deny access to the property if the notice has not been provided or may waive the 48-hour notice.

All other provisions of this Policy apply.

 © Includes copyrighted materials of Insurance Services Office, Inc., with its permission

QSNDP0440217

# Important Changes to your Dwelling Property Policy Please Review Your Policy Carefully

Thank you for your continued business and trusting us with your insurance needs.  We are making a number of changes to the Special Provisions – Florida endorsement of your Dwelling Property policy. The changes will affect the coverage provided by your policy.  This notice is a summary of the major changes.

Dwelling Property policies and their endorsements are updated periodically to make the policies easier to understand and ensure the coverages are current with loss exposures.  Some of the changes we are making may give you more coverage, while others may reduce coverage.  Other changes will not affect the level of coverage but are made to clarify coverage intent.

No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations for complete information on the coverages provided by your Policy. If there is any conflict between the Policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

## SPECIAL PROVISIONS - FLORIDA

**Coverage C Personal Property Not Covered:**

Water in swimming pools - We are broadening coverage to pay for the removal and replacement water in a swimming pool at the "residence premises, if there is a covered loss to the swimming pool that requires removal of the water.

**Additional Coverages:**

Reasonable Repairs – We have limited coverage with respect to Additional Coverages, Reasonable Repairs after a loss.   We will pay:

1.  The greater of 1% of the policy's Coverage A limit or $3,000 for reasonable costs incurred by you for necessary and temporary measures taken solely to protect the covered property from further damage, when the damage is caused by a covered peril.

2.  At our option, we may authorize a higher limit, but we will never pay more than the authorized amount.

3.  This coverage does not increase the coverage that applies to the property, relieve you of your duties after a loss, or pay for Reasonable Repairs to property not covered, or property damaged by perils not covered.

Collapse - We have revised Additional Coverages, to reinforce that collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose. Also, we have reinforced that this Additional Coverage applies to certain kinds of hidden decay and hidden insect or vermin damage to a building or any part of a building. In addition, we do not cover loss to an awning, fence, patio, dec, pavement swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf, dock, cistern, septic system, or plumbing system or similar structures unless the loss is a direct result of the collapse of a building.

**Perils Insured Against:**

Collapse - The peril of collapse has been revised to more clearly state coverage for abrupt collapse does not include coverage for the collapse of a plumbing system, including septic systems, due to age, deterioration or maintenance issues.

QSNDP0440217

Accidental Discharge – The accidental discharge or overflow of steam or water provision has been revised to clarify our original intent.  We will cover costs to tear out and repair only that portion or part of the structure to access the part of the system that caused the covered loss.

**Conditions:**

Duties After Loss – The Duties After Loss have been revised to make the reporting requirements after a loss easier to understand.  They include:

1. You are required to give us or your agent notice within 72 hours after you knew or should have known about a loss.  If you are prevented, by an emergency, from reporting the loss within 72 hours; you must give us prompt notice and provide documentation explaining why you were unable to report the loss within 72 hours.

2. You are required to take only temporary measures necessary to protect the property from further damage.

3. You are required to give us the opportunity to inspect the loss before permanent repairs are made.


We recommend you carefully review your policy and Declarations to ensure that you have the proper coverages for your needs. If you have questions about your policy, please contact your insurance agent.


Thank you for your continued business.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS – FLORIDA

**PERSONAL LIABILITY ADDITIONAL POLICY CONDITIONS**

**E. Cancellation**

Paragraphs **2.**, **3.** and **4.** are replaced by the following:

**2.** When this Policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.

**3.** We may also cancel this Policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

**a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**b.** When this Policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel on the basis of the lawful use, possession or ownership of a firearm or ammunition by an "insured" or members of the "insured's" household.

Except as provided in Paragraphs **E.2.** and **E.3.a.** above, we will let you know of our action at least 20 days before the date cancellation takes effect.

**c.** When this Policy has been in effect for more than 90 days, we may cancel:

**(1)** If there has been a material misstatement;

**(2)** If the risk has changed substantially since the Policy was issued;

**(3)** In the event of failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage; or

**(4)** If the cancellation is for all insureds under policies of this type for a given class of insureds.

This can be done by letting you know at least 90 days before the date cancellation takes effect.

**d.** When this Policy has been in effect for more than 90 days, we may not cancel:

**(1)** On the basis of the lawful use, possession or ownership of a firearm or ammunition by an "insured" or members of the "insured's" household; or

**(2)** On the basis of credit information available in public records.

**4.** When this Policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. When the Policy is cancelled, the return premium will be refunded pro rata.

**5.** If the return premium is not refunded with the notice of cancellation or when this Policy is returned to us, we will refund it within 15 days after the date cancellation takes effect.

The following conditions are added:

**F. Nonrenewal**

**1.** We may elect not to renew this Policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal, at least 90 days before the expiration date of this Policy. Proof of mailing will be sufficient proof of notice.

**2.** However, we may not nonrenew:

**a.** On the basis of the lawful use, possession or ownership of a firearm or ammunition by an "insured" or members of the "insured's" household; or

**b.** On the basis of credit information available in public records.

 © Insurance Services Office, Inc., 2014

**G. Renewal Notification**

If we elect to renew this Policy, we will let you know, in writing:

**1.** Of our decision to renew this Policy; and

**2.** The amount of renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this Policy. Proof of mailing will be sufficient proof of notice.

All other provisions of this Policy apply.

© Insurance Services Office, Inc., 2014
**DL 01 09 09 15**

PERSONAL LIABILITY
QSNDPFL0090314

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS – FLORIDA

**CONDITIONS**

Paragraph **A. Limit Of Liability** is replaced by the following:

**A. Limit Of Liability**

1. Our total liability under Coverage **L** for all damages resulting from any one "occurrence" will not be more than the Limit Of Liability for Coverage **L** as shown in the Declarations. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

2. **Sublimit Of Liability**

   Subject to Paragraph **1.** above, our total liability under Coverage **L** for damages for which an "insured" is legally liable because of statutorily imposed vicarious parental liability not otherwise excluded is $10,000. This sublimit is within, but does not increase, the Coverage **L** Limit of Liability.

3. The Limit of Liability in **1.** above and sublimit in **2.** above apply regardless of the number of "insureds", claims made or persons injured.

4. Our total liability under Coverage **M** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Limit Of Liability for Coverage **M** as shown in the Declarations.

All other provisions of this policy apply.

QSNDPW0041213

# WINDSTORM PERCENTAGE DEDUCTIBLE
## PLEASE REFER TO YOUR DECLARATIONS PAGE
## FOR YOUR WINDSTORM PERCENTAGE DEDUCTIBLE

Should you suffer a covered loss caused by "windstorm", we will pay only that part of the total of all loss payable under **COVERAGES** that exceeds the "Windstorm" Percentage Deductible shown in the Declarations.  In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage of the Limit of Liability that applies to **Coverage A – Dwelling** as shown in the Declarations.

No other deductible applies to loss caused by "windstorm".

### Definition

For the purposes of this endorsement only, "windstorm" means a storm system that has been declared a tropical storm or hurricane by the National Hurricane Center of the National Weather Service and the wind, wind gusts, hail, rain, rain water collected in pools and puddles, wind driven rain, lightning, tornadoes or cyclones caused by or which occur during the storm system, resulting in direct physical loss to property.  The duration of a storm system is from the time A TROPICAL STORM WATCH, TROPICAL STORM WARNING, HURRICANE WATCH OR HURRICANE WARNING IS ISSUED BY THE NATIONAL HURRICANE CENTER OF THE NATIONAL WEATHER SERVICE FOR ANY PART OF A STATE IN WHICH ANY PART OF THE DESCRIBED LOCATION SHOWN IN THE DECLARATIONS IS SITUATED, continuing for the time period during which the tropical storm or hurricane conditions exist anywhere in any part of a state in which any part of the Described Location shown in the Declarations is situated, and ending 72 hours following the termination by the National Hurricane Center of the National Weather Service of the last tropical storm watch, tropical storm warning, hurricane watch or hurricane warning issued for any part of a state in which any part of the Described Location shown in the Declarations is situated.

QSNDP0141114

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SCREEN ENCLOSURES – DWELLING PROGRAM SPECIAL LIMIT OF LIABILITY FOR WINDSTORM

This endorsement modifies insurance provided under the following:

DWELLING PROPERTY 3 – SPECIAL FORM
DWELLING WIND ONLY POLICY

**A.** When this endorsement is attached to the DWELLING PROPERTY 3 – SPECIAL FORM:

**COVERAGES**, A. **Coverage A – Dwelling**, Paragraph **1.a.** is replaced by the following:

**a.** The dwelling on the Described Location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling. However, with respect to a covered windstorm loss to a pool enclosure attached to a covered dwelling, including the screen material, frame, footings, supports and anchors of the pool enclosure, any amount otherwise payable under the provisions of this policy for such loss to a pool enclosure is subject to a maximum limit of $25,000. This $25,000 limit is part of, not in addition to, the applicable Coverage **A** limit of liability;

**B.** When this endorsement is attached to the  DWELLING WIND ONLY POLICY:

**C. COVERED PROPERTY**, **Coverage A – Dwelling Coverage**, Paragraph **1.** is replaced by the following:

**1.** The dwelling on the "residence premises", shown in the Declarations, including structures attached to the dwelling. However, with respect to a covered windstorm loss to a pool enclosure attached to a covered dwelling, including the screen material, frame, footings, supports and anchors of the pool enclosure, any amount otherwise payable under the provisions of this policy for such loss to a pool enclosure is subject to a maximum limit of $25,000. This $25,000 limit is part of, not in addition to, the applicable Coverage **A** limit of liability;

All other provisions of this policy apply.

**POLICY NUMBER:** OUA10098792-01

**HOMEOWNERS**
**DP-2002 (02-21)**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WATER DAMAGE LIMITATION
### FORM DP 00 03 ONLY

### SCHEDULE

| Water Damage Sublimit of Liability: | $ 10000 |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  DEFINITIONS**

The following definition is added:

"Water damage" means direct loss to the covered property caused by:

**a.** Accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance, as well as any costs and expenses incurred to tear out and replace any part of a building, or other structure, on the Described Location, but only when necessary to repair the system or appliance from which the water or steam escaped;

**b.** Sudden and accidental tearing apart, cracking, burning or bulging of a steam of hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water;

**c.** Freezing, thawing, pressure or weight of water, ice, snow or sleet whether driven by wind or not.  This includes, but is not limited to, freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.  A plumbing system or household appliance includes a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; and

**d.** Accidental discharge or overflow of water or steam from within a storm drain, or water, steam or sewer pipe, off the Described Location.

**B.** The Water Damage Sublimit of Liability shown in the **SCHEDULE** is the most we will pay for "Water damage" in any one loss, including:

**1.** "Water damage" to covered property; and

**2.** The costs incurred by you for the necessary measures taken solely to protect covered property that is damaged by "Water damage" from further damage under **COVERAGES, F. Other Coverages, 6. Reasonable Repairs**.

All other provisions of this policy apply.

# PERSONAL LIABILITY

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

**a.** Liability for "bodily injury" or "property damage" arising out of the:

**(1)** Ownership of such vehicle or craft by an "insured";

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**(3)** Entrustment of such vehicle or craft by an "insured" to any person;

**(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**b.** For the purpose of this definition:

**(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

**(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured".

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

**b.** A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

**(2)** 21 and in your care or the care of a resident of your household who is your relative;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in **5.a.** or **b.**. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

d. With respect to a "motor vehicle" to which this policy applies:

(1) Persons while engaged in your employ or that of any person described in 5.**a.** or **b.**; or

(2) Other persons using the vehicle on an "insured location" with your consent.

Throughout this policy, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

6. "Insured location" means:

a. The "residence premises"; and

b. The part of other premises, other structures and grounds used by you as a residence;

which is shown as the "insured location" in the Declarations.

7. "Motor vehicle" means:

a. A self-propelled land or amphibious vehicle; or

b. Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

a. "Bodily injury"; or

b. "Property damage".

9. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

10. "Residence employee" means:

a. An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

b. One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

11. "Residence premises" means:

a. The one family dwelling where you reside; or

b. The two, three or four family dwelling where you reside in at least one of the family units;

and which is shown as the "insured location" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

## LIABILITY COVERAGES

### A. Coverage L – Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" arising out of the ownership, maintenance, occupancy or use of the "insured location" and caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

### B. Coverage M – Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident arising out of the ownership, maintenance, occupancy or use of the "insured location" and causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury":

a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

b. Is caused by the activities of an "insured";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

d. Is caused by an animal owned by or in the care of an "insured".

## EXCLUSIONS

### A. "Motor Vehicle Liability"

1. Coverages **L** and **M** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

   a. Is registered for use on public roads or property;

   b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

   c. Is being:

      (1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

      (2) Rented to others;

      (3) Used to carry persons or cargo for a charge; or

      (4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

2. If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

   a. In dead storage on an "insured location";

   b. Used solely to service an "insured's" residence;

   c. Designed to assist the handicapped and, at the time of an "occurrence", it is:

      (1) Being used to assist a handicapped person; or

      (2) Parked on an "insured location";

   d. Designed for recreational use off public roads and:

      (1) Not owned by an "insured"; or

      (2) Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **B. 6.a.** or **b.;** or

   e. A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

      (1) A golfing facility and is parked or stored there, or being used by an "insured" to:

         (a) Play the game of golf or for other recreational or leisure activity allowed by the facility;

         (b) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

         (c) Cross public roads at designated points to access other parts of the golfing facility; or

      (2) A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

### B. "Watercraft Liability"

1. Coverages **L** and **M** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

   a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

   b. Rented to others;

   c. Used to carry persons or cargo for a charge; or

   d. Used for any "business" purpose.

2. If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

   a. Is stored;

   b. Is a sailing vessel, with or without auxiliary power, that is:

      (1) Less than 26 feet in overall length; or

      (2) 26 feet or more in overall length and not owned by or rented to an "insured"; or

   c. Is not a sailing vessel and is powered by:

      (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

         (a) 50 horsepower or less and not owned by an "insured"; or

         (b) More than 50 horsepower and not owned by or rented to an "insured"; or

      (2) One or more outboard engines or motors with:

         (a) 25 total horsepower or less;

(b) More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

(c) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

(d) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

(i) You declare them at policy inception; or

(ii) Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in **(c)** and **(d)** above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

### C. "Aircraft Liability"

This policy does not cover "aircraft liability".

### D. "Hovercraft Liability"

This policy does not cover "hovercraft liability".

### E. Coverage L – Personal Liability And Coverage M – Medical Payments To Others

Coverages **L** and **M** do not apply to the following:

#### 1. Expected Or Intended Injury

"Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

a. Is of a different kind, quality or degree than initially expected or intended; or

b. Is sustained by a different person, entity, or property, than initially expected or intended.

However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;

#### 2. "Business"

a. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

b. This Exclusion **E.2.** does not apply to:

(1) The rental or holding for rental of an "insured location";

(a) On an occasional basis if used only as a residence;

(b) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

(c) In part, as an office, school, studio or private garage; and

(2) An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

#### 3. Professional Services

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

#### 4. Premises Not An "Insured Location"

"Bodily injury" or "property damage" arising out of a premises that is not an "insured location";

#### 5. War

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

a. Undeclared war, civil war, insurrection, rebellion or revolution;

b. Warlike act by a military force or military personnel; or

c. Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

#### 6. Communicable Disease

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

#### 7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

QSNDP0051213

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", and **D.** "Hovercraft Liability" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F. Coverage L – Personal Liability**

Coverage **L** does not apply to:

**1.** Liability:

    **a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners;

    **b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

        **(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

        **(2)** Where the liability of others is assumed by you prior to an "occurrence";

        unless excluded in **a.** above or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

    **a.** Workers' compensation law;

    **b.** Non-occupational disability law; or

    **c.** Occupational disease law;

**5.** "Bodily injury" or "property damage" for which an "insured" under this policy:

    **a.** Is also an insured under a nuclear energy liability policy issued by the:

        **(1)** Nuclear Energy Liability Insurance Association;

        **(2)** Mutual Atomic Energy Liability Underwriters;

        **(3)** Nuclear Insurance Association of Canada;

        or any of their successors; or

    **b.** Would be an insured under such a policy but for the exhaustion of its limit of liability; or

**6.** "Bodily injury" to you or an "insured" as defined under Definitions **5.a.** or **b.**

This exclusion also applies to any claim made or suit brought against you or an "insured" to:

    **a.** Repay; or

    **b.** Share damages with;

another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage M – Medical Payments To Others**

Coverage **M** does not apply to "bodily injury":

**1.** To a "residence employee" if the "bodily injury":

    **a.** Occurs off the "insured location"; or

    **b.** Does not arise out of or in the course of the "residence employee's" employment by an "insured";

**2.** To any person eligible to receive benefits voluntarily provided or required to be provided under any:

    **a.** Workers' compensation law;

    **b.** Non-occupational disability law; or

    **c.** Occupational disease law;

**3.** From any:

    **a.** Nuclear reaction;

    **b.** Nuclear radiation; or

    **c.** Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

    **d.** Any consequence of any of these; or

**4.** To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

**ADDITIONAL COVERAGES**

We cover the following in addition to the limits of liability:

## A. Claim Expenses

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **L** limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

## B. First Aid Expenses

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

## C. Damage To Property Of Others

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

   a. Caused intentionally by an "insured" who is 13 years of age or older;

   b. To property owned by an "insured";

   c. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

   d. Arising out of:

      (1) A "business" engaged in by an "insured";

      (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

      (3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

      This Exclusion **d.(3)** does not apply to a "motor vehicle" that:

      (a) Is designed for recreational use off public roads;

      (b) Is not owned by an "insured"; and

      (c) At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

## CONDITIONS

## A. Limit Of Liability

Our total liability under Coverage **L** for all damages resulting from any one "occurrence" will not be more than the Coverage **L** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **M** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **M** limit of liability shown in the Declarations.

## B. Severability Of Insurance

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

## C. Duties After "Occurrence"

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and the "named insured" shown in the Declarations;

   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and

   c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

QSNDP0051213

5. With respect to Paragraph **C.** Damage To Property Of Others under Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person – Coverage M – Medical Payments To Others**

1. The injured person or someone acting for the injured person will:

    **a.** Give us written proof of claim, under oath if required, as soon as is practical; and

    **b.** Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim – Coverage M – Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this policy.

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage **L** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **M** or Paragraph **C.** Damage To Property Of Others under Additional Coverages.

**K. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

POLICY NUMBER: OUA10098792-01                                              **QSNDP0060318**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL LIABILITY - PREMISES ONLY

This endorsement modifies insurance provided under the following:

PERSONAL LIABILITY - QSNDP0051213

**DEFINITIONS**

Paragraph **B.6.** "Insured location" is deleted and replaced by the following:

**6.** "Insured location" means:

**a.** The "residence premises"; and

**b.** The part of other premises, other structures and grounds used as a residence;

which is shown as the "residence premises" in the Declarations.

Paragraph **B.11.** "Residence premises" is deleted and replaced by the following:

**11.** "Residence premises" means the one, two, three or four family dwelling shown as the " residence premises " in the Declarations. "Residence premises" also includes other structures and grounds at that location.

**I.    EXCLUSIONS**

Paragraph **A.2.d.(2)** is deleted and replaced by the following:

**(2)** Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in DEFINITIONS **B.6.** in this endorsement.

Paragraph **E.2.b.(1)** is deleted and replaced by the following:

**(1)** The rental or holding for rental of an "insured location" as defined in DEFINITIONS **B.6.** in this endorsement.

All other provisions of this policy apply.

POLICY NUMBER:OUA10098792-01                                    **DWELLING PROPERTY**
                                                                **QSNDP0090318**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# RENTAL ENDORSEMENT – PERSONAL LIABILITY

This endorsement modifies insurance provided under the following:

PERSONAL LIABILITY - QSNDP0051213

**I.   DEFINITIONS**

Paragraph **B.6.** "Insured location" is deleted and replaced by the following:

**6.**   "Insured location" means:

    **a.**   The "residence premises"; and

    **b.**   The part of other premises, other structures and grounds used as a residence;

    which is shown as the "insured location" in the Declarations.

Paragraph **B.11.** "Residence premises" is deleted and replaced by the following:

**11.**   "Residence premises" means the one, two, three or four family dwelling shown as the "insured location" in the Declarations. "Residence premises" also includes other structures and grounds at that location.

**II.   EXCLUSIONS**

Paragraph **E.2.b.(1)** is deleted and replaced by the following:

**(1)**   The rental or holding for rental of an "insured location".

All other provisions of this Policy apply.

**DWELLING PROPERTY**
**QSNDP0061213**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

**A. Eligible Property**

1. Covered losses to the following property are settled at replacement cost at the time of the loss:

   a. Coverage **C**; and

   b. If covered in this policy:

      (1) Awnings, outdoor antennas and outdoor equipment; and

      (2) Carpeting and household appliances;

      whether or not attached to buildings.

2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value loss settlement:

   a. Jewelry;

   b. Furs and garments:

      (1) Trimmed with fur; or

      (2) Consisting principally of fur;

   c. Cameras, projection machines, films and related articles of equipment;

   d. Musical equipment and related articles of equipment;

   e. Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding:

      (1) Pens or pencils;

      (2) Flasks;

      (3) Smoking implements; or

      (4) Jewelry; and

   f. Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

   Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

**B. Ineligible Property**

Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

1. Antiques, fine arts, paintings and similar articles of rarity or antiquity, which cannot be replaced.

2. Memorabilia, souvenirs, collectors items and similar articles, whose age or history contribute to their value.

3. Articles not maintained in good or workable condition.

4. Articles that are outdated or obsolete and are stored or not being used.

**C. Replacement Cost Loss Settlement Condition**

The following loss settlement condition applies to all property described in **A.** above:

1. We will pay no more than the least of the following amounts:

   a. Replacement cost at the time of loss without deduction for depreciation;

   b. The full cost of repair at the time of loss;

   c. The limit of liability that applies to Coverage **C**, if applicable;

   d. Any applicable special limits of liability stated in this policy; or

   e. For loss to any item described in **A.2.a. – f.** above, the limit of liability that applies to the item.

2. If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

3. You may make a claim for loss on an actual cash value basis and then make claim for any additional liability in accordance with this endorsement provided you notify us, within 180 days after the date of the loss, of your intent to repair or replace the damaged property.

All other provisions of this policy apply.

POLICY NUMBER: OUA10098792-01                                    **HO-2005 (10-20)**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INFLATION GUARD

### SCHEDULE*

| |
|---|
| Percentage Amount: 5% |

**\*Entry may be left blank if shown elsewhere in this policy for this coverage.**

In Forms **HO 00 03, HO 00 05, DP 00 03** and Dwelling Wind Only:

The limits of liability for Coverages **A, B, C** and **D** will be increased annually by the percentage amount shown in the Schedule above.

In form **HO 00 06**:

The limits of liability for Coverages **A, C** and **D** will be increased annually by the percentage amount shown in the Schedule above.

QSNDP0071213

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WIND DRIVEN RAIN ENDORSEMENT

FORM DP 00 03 ONLY

**PERILS INSURED AGAINST**, **B. Coverage C – Personal Property**, **2. Windstorm Or Hail**, paragraph **a.** is deleted.

**DWELLING**
**DP 04 61 08 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM EXTERIOR PAINT OR WATERPROOFING EXCLUSION – SEACOAST – FLORIDA

**A. Exclusion**

Coverage for any building or structure under this policy excludes loss caused by:

**1.** Windstorm or hail; or

**2.** Windstorm during a hurricane;

to paint or waterproofing material applied to the exterior of the building or structure.

**B. Hurricane Described**

**1.** A hurricane means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service.

**2.** A hurricane occurrence:

   **a.** Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service; and

   **b.** Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

All other provisions of this policy apply.

© ISO Properties, Inc.,  2003

QSNDPW0330117

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL DWELLING PROPERTY EXCLUSIONS

## I. DEFINITIONS

The **DEFINITIONS** paragraph is amended by the addition of the following:

Additionally, "property damage" means physical injury to, destruction of, or loss of use of tangible property.

## II. COVERAGES

**B. Coverage B – Other Structures**, paragraph **2.** concerning property not covered, is amended by the addition of the following:

Docks, whether floating or stationary, piers, ramps, seawalls, bulkheads, mooring pilings, dune and vegetation walkovers, and any structures, equipment or personal property attached thereto or located thereon, regardless of whether part or all of the structure or property described above is located seaward of the line of mean high tide.  However, such property, if covered under Coverage **B**, will be covered for the perils of fire and vandalism and malicious mischief, subject to all of the other provisions of this policy.

**C. Coverage C – Personal Property**, paragraph **2. Property Not Covered**, is amended by the addition of the following:

Equipment or personal property attached to or located on docks, whether floating or stationary, piers, ramps, seawalls, bulkheads, mooring pilings, and dune and vegetation walkovers, regardless of whether part or all of the equipment or personal property is located seaward of the line of mean high tide.  However, such equipment or personal property, if covered under Coverage **C**, will be covered for the perils of fire and vandalism and malicious mischief, subject to all of the other provisions of this policy.

## III. GENERAL EXCLUSIONS

Paragraph **A.** is amended by the addition of the following

**Asbestos**

Asbestos means loss or "property damage" arising out of, resulting from, caused by or contributed to in any way by the actual or alleged presence of, or actual, alleged or threatened dispersal or release of, asbestos, its fibers, or any product which contains these materials. This is true even if any other cause, event, material, or product contributes concurrently or in any sequence to the loss. This exclusion applies, but is not limited to:

**a.** Any request, demand, order, requirement, claim or suit, including claim or suit by any governmental authority, to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, dispose of, abate, remediate or in any way respond to or assess the effects of asbestos, its fibers, or any product which contains these materials; or

**b.** The repair, removal, encapsulation, abatement, replacement or handling of asbestos or any other material or structure containing asbestos, whether or not the asbestos is or was at any time airborne or contained in a product or structure.

QSNDPW0330117

**Biological Or Chemical Materials**

Biological Or Chemical Materials means loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with the actual or threatened malicious use of pathogenic or poisonous biological or chemical materials, regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

**Dock and Similar Structures**

Docks, whether floating or stationary, piers, ramps, seawalls, bulkheads, mooring pilings, dune and vegetation walkovers and any structures, equipment or personal property attached thereto or located thereon regardless of whether part or all of the structure or property described above is located seaward the line of mean high tide, are not covered property under **Coverages** except for the perils of fire, vandalism and malicious mischief.

**Exterior Insulation And Finish Systems (EIFS)**

Exterior Insulation And Finish Systems (EIFS) means loss or "property damage" arising out of, caused by, or attributable to:

**a.** Seepage, delamination, detachment, cracking, insect damage, collapse or imminent collapse caused in whole or in part by the design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service correction or replacement, of any EIFS or any part thereof, or any substantially similar system or any part thereof. This includes the application or use of conditioners, primer, accessories, flashing, coatings, caulking or sealants in connection with such a system; or

**b.** Any moisture-related or dry rot related loss to a "residence premises" or other building to which an EIFS, or any substantially similar system, has been applied.

For the purposes of this exclusion, an EIFS means a non-load bearing exterior cladding or finish system and all component parts therein, used on any part of any structure, and consisting of:

**a.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**b.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**c.** A reinforced or unreinforced base coat;

**d.** A finish coat providing surface texture to which color may be added; and

**e.** Any flashing, caulking or sealant used with the system for any purpose.

However, an EIFS does not include a cement-based, enhanced stucco cladding system which incorporates a weather resistive building wrap and ribbed insulation board to provide drainage.

**Fungi, Wet or Dry Rot, or Bacteria**

For the purposes of this exclusion only, "fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi. This exclusion includes:

**a.** The cost to remove "fungi", wet or dry rot, or bacteria from property covered under **COVERAGES**;

**b.** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

**c.** The cost of the testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement.

QSNDPW0330117

**Sinkhole Collapse**

Sinkhole Collapse means actual physical damage to insured property arising out of, or caused by, sudden settlement or collapse of the earth that supports such property when such settlement or collapse results from subterranean voids created by the action of water on limestone or similar rock formations.

All other provisions of this policy apply.

QSNDP0340117

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL DWELLING LIABILITY EXCLUSIONS

**I.** **EXCLUSIONS, E. Coverage L – Personal Liability And Coverage M – Medical Payments To Others**, is amended by the addition of the following:

**Asbestos**

"Bodily injury" or "property damage" arising out of, resulting from, caused by or contributed to in any way by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, exposure to, inhalation or absorption of asbestos, its fibers, or any product which contains these materials. This is true even if any other cause, event, material, or product contributes concurrently or in any sequence to the loss. This exclusion also applies, but is not limited to:

 **a.** Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

 **b.** Any request, demand, order, requirement, claim or suit, including claim or suit by any governmental authority, to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, dispose of, abate, remediate or in any way respond to or assess the effects of asbestos, its fibers, or any product which contains these materials; or

 **c.** Any obligation to share with or repay anyone else who must make payment for "bodily injury" or "property damage" as a result of anything excluded by this exclusion.

**Biological or Chemical Materials**

"Bodily injury" or "property damage", including loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with the actual or threatened malicious use of pathogenic or poisonous biological or chemical materials regardless of any other cause or event contributing concurrently or in any other sequence thereto.

**Diving Board(s) or Elevated Pool Structure(s)**

"Bodily injury" or "property damage" resulting directly or indirectly from the use of a diving board or "elevated pool structure", owned by, or in the care, custody or control of any "insured", whether or not the resulting injury occurred on the "residence premises", any "insured location" or any other location. For the purposes of this endorsement only, "elevated pool structure" means pool slide, diving platform, furniture, trampoline, waterfall or any other temporary or permanent structure or device which protrudes above the pool deck. This exclusion applies whether or not the diving board or "elevated pool structure" was used for its intended purpose.

This exclusion applies even if a claim or suit:

 **a.** Alleges negligent entrustment, negligent supervision, or improper monitoring;

 **b.** Arises from vicarious liability, whether or not imposed by law, for the actions of a child or minor; or

 **c.** Alleges negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an "insured".

**Exterior Insulation And Finish Systems (EIFS)**

QSNDP0340117

"Bodily injury" or "property damage" arising out of, caused by, or attributable to:

**a.** Seepage, delamination, detachment, cracking, insect damage, collapse or imminent collapse caused in whole or in part by the design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service correction or replacement, of any EIFS or any part thereof, or any substantially similar system or any part thereof. This includes the application or use of conditioners, primer, accessories, flashing, coatings, caulking or sealants in connection with such a system; or

**b.** Any moisture-related or dry-rot related loss to a "residence premises" or other building to which an EIFS, or any substantially similar system, has been applied.

For the purposes of this exclusion, an EIFS means a non-load bearing exterior cladding or finish system and all component parts therein, used on any part of any structure, and consisting of:

**a.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**b.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**c.** A reinforced or unreinforced base coat;

**d.** A finish coat providing surface texture to which color may be added; and

**e.** Any flashing, caulking or sealant used with the system for any purpose.

However, an EIFS does not include a cement-based, enhanced stucco cladding system which incorporates a weather resistive building wrap and ribbed insulation board to provide drainage.

**Fungi, Wet or Dry Rot, or Bacteria**

For the purposes of this exclusion only, "fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi. This does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

This exclusion applies to:

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi", wet or dry rot, or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; and

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi", wet or dry rot, or bacteria, by any "insured" or by any other person or entity.

**Nuclear Incident Exclusion**

This policy does not apply under any liability coverage, to injury, sickness, disease, death or destruction with respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability We or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its liability limits.

**Pollution**

"Bodily injury" or "property damage" arising in whole or in part from the actual, alleged or threatened existence, discharge, dispersal, seepage, migration, release or escape of pollutants. This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire is one which becomes uncontrollable or breaks out from where it was intended to be.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

QSNDP0340117

**Prohibited Animals**

Coverages **L** and **M** do not apply to "bodily injury" or "property damage" caused in whole or in part by:

a. Animals with a history of biting;

b. A prohibited breed of dog, including any of the following breeds or cross breed:

    (1) Akita;

    (2) Boxer;

    (3) Bull Terrier;

    (4) Bullmastiff;

    (5) Chow Chow;

    (6) Doberman Pinscher;

    (7) German Shepherd;

    (8) Giant Schnauzer;

    (9) Mastiff;

    (10) Ovtcharka;

    (11) Presa Canario;

    (12) Pit Bull;

    (13) Rhodesian Ridgeback;

    (14) Rottweiler;

    (15) Neapolitan Mastiff;

    (16) Wolf; or

    (17) Wolf Hybrid; or

c. An exotic pet, including, but not limited to, any of the following:

    (1) Snake,

    (2) Lion,

    (3) Tiger; or

    (4) Alligator.

**Trampoline Liability**

"Bodily injury" or "property damage" arising directly or indirectly, in whole or in part, from the:

**a.** Ownership, maintenance or use, whether such use is on land or on water, of a trampoline owned by an "insured" or in the care, custory or control of an "insured"; or

**b.** Supervision by an "insured" of the use of any trampoline.

For the purposes of this exclusion, a trampoline is a rebounding device, regardless of its size, including any safety netting, apparatus or other related device, constructed of a resilient sheet or web, supported by springs in a frame, and designed to be used as a springboard or landing area.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

QSNDP0340117

**II.  EXCLUSIONS, F. Coverage L – Personal Liability**, is amended by the addition of the following:

**Punitive, Exemplary or Multipled Damages**

Any claim, demand, suit or indemnification for punitive or exemplary damages, fines, penalties, or any increase in damages resulting from the multiplication or increase of compensatory or actual damages.

All other provisions of this policy apply.

POLICY NUMBER:OUA10098792-01

**HOMEOWNERS
QSNED092017**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXISTING DAMAGE EXCLUSION ENDORSEMENT

### FORMS HO 00 03, HOMEOWNERS 3 – SPECIAL FORM, HO 00 05, HOMEOWNERS 5 – COMPREHENSIVE FORM, HO 00 06, HOMEOWNERS 6 – UNIT-OWNERS FORM, DP 00 03, DWELLING PROPERTY 3 – SPECIAL FORM, AND DWELLING WIND ONLY POLICY

**I.**   In Forms HO 00 03 and H0 00 05, **SECTION I – EXCLUSIONS** Paragraph **A.** is amended by the addition of the following:

**Existing Damage**

**Existing Damage** means any claims or damages:

**a.**   which occurred prior to policy inception, regardless of whether such damages were apparent at the time of the inception of this policy or at a later date;

**b.**   arising out of workmanship, repairs, or lack of repairs arising from damage which occurred prior to policy inception; or

**c.**   which occurred prior to policy inception to otherwise covered property, unless all structures, whether covered by your previous policy or not, have been fully and completely repaired. Prior to such completion of repairs, coverage will be limited to the actual cash value of the damaged property at the time of a covered loss occurring during the policy period.

**II.**   In Form HO 00 06, **Section I – EXCLUSIONS** is amended by the addition of the following:

**Existing Damage**

**Existing Damage** means any claims or damages:

**d.**   which occurred prior to policy inception, regardless of whether such damages were apparent at the time of the inception of this policy or at a later date;

**e.**   arising out of workmanship, repairs, or lack of repairs arising from damage which occurred prior to policy inception; or

**f.**   which occurred prior to policy inception to otherwise covered property, unless all structures, whether covered by your previous policy or not, have been fully and completely repaired. Prior to such completion of repairs, coverage will be limited to the actual cash value of the damaged property at the time of a covered loss occurring during the policy period.

**III.**   In Form DP 00 03, **GENERAL EXCLUSIONS** Paragraph **A.** is amended by addition of

the following: **Existing Damage**

**Existing Damage** means any claims or damages:

**a.**   which occurred prior to policy inception regardless of whether such damages were apparent at the time of the inception of this policy or at a later date;

**b.**   arising out of workmanship, repairs, or lack of repairs arising from damage which occurred prior to policy inception; or

**c.**   which occurred prior to policy inception to otherwise covered property, unless all structures, whether covered by your previous policy or not, have been fully and completely repaired. Prior to such completion of repairs, coverage will be limited to the actual cash value of the property at the time of a covered loss occurring during the policy period.

**IV.**   In the Dwelling Wind Only Policy, **G. GENERAL EXCLUSIONS**, Paragraph **24.** is replaced by the following:

**Existing Damage**

This policy is not intended to provide, nor does it provide, coverage for any claims or damages:

a. Occurring prior to policy inception regardless of whether such damages were apparent at the time of the inception of this policy or at a later date;

b. Arising out of workmanship, repairs and or lack of repairs arising from damage which occurred prior to policy inception; or

c. Occurring before policy inception to otherwise covered property, until and unless all damaged structures, whether covered by your previous policy or not, have been fully and completely repaired. However, prior to such completion of repairs to previously damaged property, coverage for covered losses occurring during this policy period will be limited to the actual cash value of the property at the time of a covered loss occurring during this policy period.

All other provisions of this policy apply.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PERSONAL LIABILITY
# ADDITIONAL POLICY CONDITIONS

The following conditions are added to this policy:

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

**1.** A subsequent edition of this policy; or

**2.** An amendatory endorsement.

**B. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**D. Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies:

**1.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

**2.** "Insured" includes:

    **a.** An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises;" and

    **b.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**E. Cancellation**

**1.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

**2.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

    **a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

    **b.** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

    **c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

        **(1)** if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

        **(2)** if the risk has changed substantially since the policy was issued.

    This can be done by letting you know at least 30 days before the date cancellation takes effect.

    **d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

 © ISO Properties, Inc.,  2002

**3.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

QSN0170114

## <u>25% MINIMUM EARNED PREMIUM ENDORSEMENT</u>

THIS POLICY IS SUBJECT TO A MINIMUM EARNED PREMIUM.

A.  If this policy is cancelled at your request, a minimum earned premium of 25% of the total premium for the policy will be charged.

B.  The minimum earned premium charge is not subject to short rate or pro-rate adjustment.

C.  Cancellation for nonpayment of premium after the effective date of the policy, including cancellation at the request of a premium finance company pursuant to the terms of a premium finance agreement, will be deemed a cancellation at your request.

All other terms and conditions of this policy remain unchanged.

# NOTICE OF QBE® PRIVACY POLICIES AND PRACTICES

| FACTS | WHAT DOES QBE DO WITH YOUR PERSONAL INFORMATION? |

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some, but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| | The types of personal information we collect and share depend on the product or service you have with us. This information can include: |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons QBE chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does QBE share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| **Questions?** | Call 800-362-5448 or go to www.qbe.com/us |

© QBE, 2020

**Page 2**

## Who we are

| Who is providing this notice? | General Casualty Company of Wisconsin, General Casualty Insurance Company, North Pointe Insurance Company, Praetorian Insurance Company, QBE Americas, Inc., QBE Insurance Corporation, QBE Specialty Insurance Company, Regent Insurance Company, Southern Pilot Insurance Company and Stonington Insurance Company. |
|---|---|

## What we do

| How does QBE protect my personal information? | To protect your personal information from unauthorized access and use, we use security |
|---|---|
| How does QBE collect my personal information? | We collect your personal information, for example, when you: |
| Why can't I limit all | Federal law gives you the right to limit only: |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |

## Other important information

We may give your personal information to insurance support organizations that may keep it or give it to other companies that may use the same service. We may share medical information so we can learn if you qualify for coverage, process claims or prevent fraud, or if you say we can. To see your information, write to us at **QBE, Attn: Privacy Official, Corporate Legal Department, One QBE Way, Sun Prairie, WI 53596** and provide us with your name, address, date of birth and policy numbers. Within 30 days of receipt, we will tell you what information we have. You may write us and ask us to correct, amend or delete any information that is incorrect. We will let you know what action we take. If you do not agree with our actions, you may send us a rebuttal statement.

**AZ, CA, GA, IL, ME, MA, MN, MT, NV, NJ, NM, NC, ND, OH, OR, VT and VA customers.** We may not disclose your personal information with non-affiliated third parties unless you authorize us to, or if permitted by law.

**California customers.** We limit sharing information about you among our affiliates unless allowed by California law.
**Maine customers.** You have the right to know the reasons for an adverse underwriting decision. Previous adverse underwriting decisions may not be used as the basis for subsequent underwriting decisions unless we make an independent evaluation of the underlying facts. You have the right not to be subjected to pretext interviews.

**North Carolina customers.** We may not disclose your Social Security number unless you authorize us to, or if permitted by law.

QBE is a registered service mark of QBE Insurance Group Limited.

© QBE, 2020



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF PROCESS ENDORSEMENT

When a cause of action arises in any of the states listed below, service of process applies as shown below for that state. As used in this endorsement, "the Company" shall mean QBE Specialty Insurance Company.

### ALABAMA Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of Alabama as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance. The Company further designates CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104 as the person to whom the Commissioner shall mail process.

### ALASKA Service of Process Clause

Upon any cause of action arising in Alaska under this contract, the Company may be sued. The Company appoints the Director of Insurance for the State of Alaska as its attorney for acceptance of service of all legal process issued in this state in any action or proceeding arising out of this policy. Service of process upon the Director, or his successors in office, shall be lawful service upon the Company. The Company further designates CT Corporation System, 9360 Glacier Highway, Suite 202, Juneau, AK 99801 as the person to whom the Director is authorized to mail such process or a true copy thereof.

### ARIZONA Service of Process Clause

Upon any cause of action arising in Arizona under this contract, the Company may be sued in the circuit court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Director of Insurance of the State of Arizona by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 3800 North Central Avenue, Suite 460, Phoenix, AZ 85012, as the person to whom the Director shall mail process.

### ARKANSAS Service of Process Clause

Upon any cause of action arising in Arkansas under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of Arkansas and his successors in office by the clerk of the court in which the action is brought. The Company further designates The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201 as the person to whom the Commissioner shall mail process.

### CALIFORNIA Service of Suit Clause

The Company hereby designates CT Corporation System, 330 North Brand Boulevard, Glendale, California 91203-2336 as its true and lawful attorney in and for the State of California, upon whom all lawful process may be served in any action, suit or proceeding instituted in California by or on behalf of any insured or beneficiary against the Company arising out of this insurance policy, provided a copy of any process, suit, complaint or summons is sent by certified or registered mail to: 55 Water Street, 19th Floor, New York, NY 10041.

### COLORADO Service of Process Clause

Upon any cause of action under this policy, the Company may be sued in the district court of the county in which the cause of action arose. The Company appoints the Commissioner of Insurance for the State of Colorado as its attorney for acceptance of service of all legal process issued in this state in any action or proceeding arising out of this policy. Service of process upon the Commissioner shall be lawful service upon the Company. The Company further designates CT Corporation System, 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112 as the person to whom the Commissioner is authorized to mail such process or a true copy thereof.

### CONNECTICUT Service of Process Clause

Upon any cause of action under this policy, the Company may be sued in the district court of the county in which the cause of action arose. The Company appoints the Commissioner of Insurance for the State of Connecticut as its attorney for acceptance of service of all legal process issued in this state in any action or proceeding arising out of this policy. Service of process upon the Commissioner shall be lawful service upon the Company. The Company further designates CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 as the person to whom the Commissioner is authorized to mail such process or a true copy thereof.

### DELAWARE Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of Delaware as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801 as the person to whom the Commissioner shall mail process.

### DISTRICT OF COLUMBIA Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the District of Columbia as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 1015 15th Street, NW, Suite 1000, Washington, DC 20005 as the person to whom the Commissioner shall mail process.

### FLORIDA Service of Process Clause

The Company hereby designates the Chief Financial Officer of the Department of Financial Services as its agent upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance. The Company further designates CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324 as the person to whom the Chief Financial Officer shall mail process.

### GEORGIA Service of Process

Upon any cause of action under this policy, the Company may be sued in the superior court of the county in which the cause of action arose. The Company appoints the Georgia Commissioner of Insurance as its attorney for acceptance of service of all legal process issued in this state in any action or proceeding arising out of this policy. Service of process upon the Commissioner shall be lawful service upon the Company. The Company further designates CT Corporation System, 289 South Culver Street, Lawrenceville, GA 30046 as the person to whom the Commissioner is authorized to mail such process or a true copy thereof.

### HAWAII Service of Process Clause

Upon any cause of action under this policy, the Company may be sued in the district court of the county in which the cause of action arose. The Company appoints the Commissioner of Insurance for the State of Hawaii as its attorney for acceptance of service of all legal process issued in this state in any action or proceeding arising out of this policy. Service of process upon the Commissioner shall be lawful service upon the Company. The Company further designates The Corporation Company, Inc., 1136 Union Mall, Suite 301, Honolulu, HI 96813 as the person to whom the Commissioner is authorized to mail such process or a true copy thereof.

### IDAHO Service of Process Clause

Upon any cause of action arising in Idaho under this contract, the Company may be sued in the district court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Director of the Department of Insurance of the State of Idaho. The Company further designates CT Corporation System, 921 S. Orchard Street, Suite G, Boise, ID 83705 as the person to whom the Director shall mail process.

### ILLINOIS Service of Process Clause

The Company hereby designates the Director of the Illinois Department of Insurance and his successor or successors in office as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance. The Company further designates CT Corporation System, 208 South LaSalle Street, Suite 814, Chicago, IL 60604 as the person to whom the Director shall mail process.

## INDIANA Service of Process Clause

Upon any cause of action arising in Indiana under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of Indiana by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204-1708 as the person to whom the Commissioner shall mail process.

## IOWA Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of Iowa as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 400 East Court Avenue, Suite 110, Des Moines, Iowa 50309 as the person to whom the Commissioner shall mail process.

## KANSAS Service of Process Clause

Upon any cause of action arising in Kansas under this policy, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of Kansas and his successor or successors in office. The Company further designates The Corporation Company, Inc., 112 S.W. Seventh Street, Suite 3C, Topeka, KS 66603 as the person to whom the Commissioner shall mail process.

## KENTUCKY Service of Process Clause

Upon any cause of action arising in Kentucky under this contract, the Company may be sued in the circuit court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Kentucky Secretary of State by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601 as the person to whom the Secretary of State shall mail process.

## LOUISIANA Service of Process Clause

Upon any cause of action arising in Louisiana under this contract, the Company may be sued in the district court of the parish in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Louisiana Secretary of State. The Company further designates CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816 as the person to whom the Secretary of State shall mail process.

## MAINE Service of Process Clause

Upon any cause of action arising in this State under this policy, the Company may be sued in the Superior Court. Service of legal process against the Company may be made in any such action by service of two copies upon the designated agent. The Company further designates CT Corporation System, 128 State Street, #3, Augusta, ME 04330 as the agent.

## MARYLAND Service of Process Clause

Upon any cause of action arising in Maryland under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Insurance Commissioner of the State of Maryland by the clerk of the court in which the action is brought. The Company further designates The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093 as the person to whom the Commissioner shall mail process.

## MASSACHUSETTS Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of Massachusetts as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110 as the person to whom the Commissioner shall mail process.

## MICHIGAN Service of Process Clause

Upon any cause of action arising in Michigan under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Director of Insurance, c/o Resident Agent, of the State of Michigan by the clerk of the court in which the action is brought. The Company further designates The Corporation Company, 40600 Ann Arbor Road East, Suite 201, Plymouth, MI 48170 as the person to whom the Commissioner shall mail process.

### MINNESOTA Service of Process Clause

Upon any cause of action arising in Minnesota under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Commerce of the State of Minnesota by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, Inc., 1010 Dale Street North, Saint Paul, MN 55117 as the person to whom the Commissioner shall mail process.

### MISSISSIPPI Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of Mississippi as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232 as the person to whom the Commissioner shall mail process.

### MISSOURI Service of Process Clause

Upon any cause of action arising in Missouri under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Director of Insurance of the State of Missouri and his successors in office by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 120 South Central Avenue, Clayton, MO 63105 as the person to whom the Director shall mail process.

### MONTANA Service of Process Clause

Upon any cause of action under this policy, the Company may be sued in the district court of the county in which the cause of action arose. The Company appoints the Commissioner of Insurance of the State of Montana as its attorney for acceptance of the service of all legal process issued in this state in any action or proceeding arising out of this policy. Service of process upon the Commissioner shall be lawful service upon the Company. The Company further designates CT Corporation System, 3011 American Way, Missoula, MT 59808 as the person to whom the Commissioner is authorized to mail such process or a true copy thereof.

### NEBRASKA Service of Process Clause

Upon any cause of action arising in Nebraska under this policy, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Director of Insurance of the State of Nebraska. The Company further designates CT Corporation System, 5601 South 59th Street, Suite C, Lincoln, NE 68516 as the person to whom the Director shall mail process.

### NEVADA Service of Process Clause

Upon any cause of action arising in Nevada under this contract, the Company may be sued in a district court of Nevada. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of Nevada or the Commissioner's authorized representative. The Company further designates The Corporation Trust Company of Nevada, 701 South Carson Street, Suite 200, Carson City, NV 89701 as the person to whom the Commissioner shall mail process.

### NEW HAMPSHIRE Service of Process Clause

Upon any cause of action arising in New Hampshire under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of New Hampshire by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 2½ Beacon Street, Concord, NH 03301-4447 as the person to whom the Commissioner shall mail process.

### NEW JERSEY Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of New Jersey as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 820 Bear Tavern Road, West Trenton, NJ 08628 as the person to whom the Commissioner shall mail process.

### NEW MEXICO Service of Process Clause

Upon any cause of action arising in New Mexico under this contract, the Company may be sued in the district court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Superintendent of Insurance of the State of New Mexico by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 206 South Coronado Avenue, Espanola, NM 87532 as the person to whom the Superintendent shall mail process.

### NEW YORK Service of Process Clause

The Company hereby designates the Superintendent of Financial Services of the State of New York, and his successors in office, as its true and lawful attorney upon whom all lawful process may be served in any action, suit, or proceeding instituted in this State by or on behalf of the insured or any beneficiary against the Company arising out of this policy of insurance. The Company further designates CT Corporation System, 28 Liberty Street, New York, NY 10005 as the person to whom the Superintendent shall mail process.

### NORTH CAROLINA Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of North Carolina, and his successor(s) in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 160 Mine Lake Court, Suite 200, Raleigh, NC 27615 as the person to whom the Commissioner shall mail process.

### NORTH DAKOTA Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of North Dakota as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 120 West Sweet Avenue, Bismarck, ND 58504 as the person to whom the Commissioner shall mail process.

### OHIO Service of Process Clause

Upon any cause of action arising in Ohio under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Superintendent of Insurance of the State of Ohio by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219 as the person to whom the Superintendent shall mail process.

### OKLAHOMA Service of Process Clause

Upon any cause of action arising in Oklahoma under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of Oklahoma by the clerk of the court in which the action is brought. The Company further designates The Corporation Company, 1833 South Morgan Road, Oklahoma City, OK 73128 as the person to whom the Commissioner shall mail process.

### OREGON Service of Process Clause

Upon any cause of action arising in Oregon under this contract, the Company may be sued in the circuit court of the county in which the cause of action arose. The Company further designates CT Corporation System, 780 Commercial Street SE, Suite 100, Salem, OR 97301 as the person to whom the process shall be mailed.

### PENNSYLVANIA Service of Process Clause

Upon any cause of action arising in Pennsylvania under this contract, the Company may be sued in the court of the county in which the cause of action arose. The Company hereby designates the Commissioner of Insurance of the Commonwealth of Pennsylvania as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. Service of process shall be made pursuant to the procedures provided by 42 Pa.C.S. Ch. 53 Subch. B (relating to interstate and international procedure). The Company further designates CT Corporation System, 600 North Second Street, Suite 401, Harrisburg, PA 17101 as the person to whom the Commissioner shall mail process.

### RHODE ISLAND Service of Process Clause

Upon any cause of action arising in Rhode Island under this policy, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of Rhode Island by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914 as the person to whom the Commissioner shall mail process.

### SOUTH CAROLINA Service of Process Clause

The Company hereby designates the Director of Insurance of the State of South Carolina as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 2 Office Park Court, Suite 103, Columbia, SC 29223 as the person to whom the Director shall mail process.

© QBE, 2021

### SOUTH DAKOTA Service of Process Clause

Any cause of action against the Company arising in South Dakota under this policy shall be brought in the circuit court for the county in which the cause of action arose. Service of legal process against the Company may be made in any such action by service upon the Director of Insurance of the State of South Dakota and his successors in office. The Company further designates CT Corporation System, 319 South Coteau Street, Pierre, SD 57501 as the person to whom the Director shall mail a copy of the process.

### TENNESSEE Service of Process Clause

The Company hereby designates the Commissioner of Commerce and Insurance of the State of Tennessee as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 300 Montvue Road, Knoxville, TN 37919 as the person to whom the Commissioner shall mail process.

### TEXAS Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of Texas as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance. The Company further designates CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201 as the person to whom the Commissioner shall mail process.

### UTAH Service of Process Clause

The Company hereby designates the Commissioner of Insurance of the State of Utah as its agent upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance. The Company further designates CT Corporation System, 1108 East South Union Avenue, Midvale, UT 84047 as the person to whom the Commissioner shall mail process.

### VERMONT Service of Process Clause

The Company hereby designates the Secretary of State of Vermont as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary arising out of this contract of insurance. The Company further designates CT Corporation System, 17 G W Tatro Drive, Jeffersonville, VT 05464 as the person to whom the Secretary of State shall mail process.

### VIRGINIA Service of Process Clause

The Company hereby designates the Clerk of the Virginia State Corporation Commission as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance. The Company further designates CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA 23060 as the person to whom the Clerk of the Commission shall mail process.

### WASHINGTON Service of Process Clause

Upon any cause of action arising in Washington under this contract, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of Washington by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 711 Capitol Way South, Suite 204, Olympia, WA 98501 as the person to whom the Commissioner shall mail process.

### WEST VIRGINIA Service of Process Clause

Upon any cause of action arising in West Virginia under this policy, the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Secretary of State of West Virginia by the clerk of the court in which the action is brought. The Company further designates CT Corporation System, 5098 Washington Street W, Suite 407, Charleston, WV 25313 as the person to whom the Secretary of State shall mail process.

### WISCONSIN Service of Process Clause

Upon any cause of action arising in Wisconsin under this policy the Company may be sued in the court of the county in which the cause of action arose. Service of process against the Company may be made in such action by service upon the Commissioner of Insurance of the State of Wisconsin. The Company further designates CT Corporation System, 301 South Bedford Street, Suite 1, Madison, WI 53703 as the person to whom the Commissioner shall mail process.

**WYOMING Service of Process Clause**

Upon any cause of action under this policy, the Company may be sued in the district court of the county in which the cause of action arose.  The Company appoints the Commissioner of Insurance of the State of Wyoming as its attorney for acceptance of the service of all legal process issued in this state in any action or proceeding arising out of this policy. Service of process upon the Commissioner shall be lawful service upon the Company.  The Company further designates CT Corporation System, 1908 Thomas Avenue, Cheyenne, WY 82001 as the person to whom the Commissioner is authorized to mail such process or a true copy thereof.

All other terms and conditions of this policy remain unchanged.